Xiaohua Huang
P.O. Box 1639, Los Gatos, CA95031
Tel: 669-273-5650
Email: xiaohua_huang@hotmail.com
*Pro Se* Plaintiff

FILED
SEP 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JCS

Xiaohua Huang *Pro Se*
Plaintiff(s),

vs.

Amazon.com Inc.
Defendant(s)

Case Number: C 19 05853

**MR. Xiaohua Huang's complaint against Amazon.com Inc. for patent infringement**

**Demand for Jury Trial**

Plaintiff Xiaohua Huang (hereinafter "Huang" or "Plaintiff") alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising out of U.S. Patent No. 6,744,653 (hereinafter the "'653 Patent") issued on June 1, 2004, and 6,999,331 issued on February 14, 2006 (hereinafter the "'331 Patent") to Xiaohua Huang. This action is brought to remedy the infringement of the '653Patent and '331Patent ( collectively "patent-in-suit") by Defendant Amazon.com Inc. (hereinafter "Amazon" or "Defendant").

## THE PARTIES

2. Xiaohua Huang is an individual, his current residential address is at 505 Cypress Point Drive, Apt. 272, Mountain view, CA 94043. Huang has developed the state of the art high speed and low power U.S. patented TCAM designs to

build IC chips used inside of Internet IP Routers("Routers"), Ethernet Switches("Switches") and Data Center Switches etc since the year of 2000.

3. Amazon is or purports to be an corporation with its main offices in 410 Terry Avenue North, Seattle, WA 98109, United States with contact telephone number 206-266-1000. Amazon has used the chips which have infringed US patent No. 6744653 and 6999331 to generate its revenues in the United States. Amazon has also generated revenues through selling the products which have infringed US patent No. 6744653 and 6999331.

**JURISDICTION AND VENUE**

4. This action arises under the patent laws of the United States, 35 U.S.C. § 101, *et seq*. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) - (c) and 1400(b) in that Defendant has been generating revenues and profits through using the chips which have infringed US patent No. 6744653 in the United States. Amazon has also generated revenues through selling the products which have infringed US patent No. 6744653 and 6999331. Amazon has operation in Northern California.

**BACKGROUND FACTUAL ALLEGATION**

5. A true and correct copy of each of the '653 and '331 Patents are attached hereto as Exhibits B and C respectively. The '653Patent and '331 Patent are valid and owned by Plaintiff Mr. Huang as the inventor.

6. In Nov. 2000 "Huang" found CMOS Micro Device Inc ("CMOS") to develop Ternary Content Addressable Memory (TCAM). "Huang" is the owner of "CMOS", "CMOS" is a California corporation and having its office in 900 East Hamilton Ave, Room 100, Campbell, California. TCAM are used to perform the search function in internet networking router, switches and Cloud Data Center Switches.

7. In Oct. 2001 "Huang" filed the provisional patent application titled "High-speed and low power content addressable memory (CAM) sensing circuits", some content of which was granted as US patent 6744653 "CAM cells and differential sense circuit for content addressable memory (CAM)" in June1, 2004 and US patent 6999331"CAM cells and differential sense circuit for content addressable memory(CAM)" in Feb.14, 2006.

8. From November, 2000 to April, 2002, Huang finished the design of ternary content addressable memory( TCAM) with 0.18um TSMC technology which are covered by the '653 and '331 Patents. The TCAM designed by Huang is more than three times faster in speed and consume much less power than the same products in Market at that time. Then Huang shared his patent application with two Cisco executives, they are GM and VP of Router and Gigbit switches division respectively. They both consider that Huang's patents of TCAM are the best solution among all the vendors and asked Huang to review their next generation TCAM specification and do a feasible design to evaluate the possible product performance. The design data provided by Huang is still better than the other products in market today. '653Patent and '331Patent are the basic fundamentals to design high speed and low power TCAM used in internet Router and Switches as well as Cloud Data Center Switches up to today. The TCAM designed by Huang provide the example design using those two patents ('653 and '331Patent). By using the two patents '653Patent and '331Patent the TCAM used in Routers and Switches helps Internet transfer information many time faster.

9. The patented TCAM IP developed by Huang has been recognized by the industry. In 2003 Huang was an invited speaker to present his TCAM design at networking symposium at Boston organized by the Industry Authority Linley Group. In 2015 Huang was also a presenter of MEMCON 2015 in Santa Clara convention center to present his patented TCAM design.

10. The ternary content addressable memory component are used as table look up function and used in internet router and switches as well as cloud data center switches to perform table look up to realize access control list(ACL), Quality of Service(QoS), VLAN, LPM and other parallel searching.

11. Based on information and belief that the TCAM used in the data center switch chips used in Amazon including, but not limited, cloud data center to support AWS have infringed US patent No. 6744653 and 6999331.

12. Based on information (Data sheet and information obtained) and believe Huang found that the "TCAM IP" used in the networking chips used in ZTE's Switches, Cisco's Switches, HPE's Switches, Microchip's chips., Juniper's chips, Texas Instrument's chips, NXP's chips, Marvell's chips and Nephos' chips have the following feature:

(a) Valid bit for each row to indicate whether the content stored in this row are valid for search or not.

(b) Use a differential sense amplifier to sense match line signal.

The "TCAM IP" above infringes the claims of US patents 6744653 and 6999331 including but not limited to the claim 1, 5, 8, 12,15 of US patent 6744653 and claim 1 and 9 of US patent 6999331. All those chips have been used in the Routers and Switches products of the company including ZTE, Cisco, HPE, Dell and Juniper etc. So the Routers and Switches products of the company including ZTE, Cisco, HPE, Dell and Juniper etc. have infringed the claim1, 5, 8, 12,15 of US patent 6744653 and claim 1and 9 of US patent 6999331.

13. Amazon has sold the "switches" of those company to directly infringe the "patent-in-suit".

14. Amazon used the chips of Nephos Inc, which have infringed US patent

6744653 and 6999331.

15. The most function, such as AcL, QoS, VLAN and LPM, of "Router" and "Switches" use TCAM lookup. Through selling "Switches" Amazon has conducted the act of direct infringement.

**<u>THE INFRINGING PRODUCTS WHICH AMAZON MAY HAVE USED AND SOLD.</u>**

16. Amazon is a company which has used networking chips and Switches to build its AWS platform and online sale network platform. Amazon has a large network and data center which have used network Routers , Switches and data center Switches as well as chips. Those network Routers, Switches and data center Switches as well as chips may be purchased from one or some of the following company: ZTE, Cisco, HPE, Dell, Juniper and Nephos Inc. etc. Amazon has also sold Routers and Switches of ZTE, Cisco, HPE, Dell and Juniper etc.

17. ZTE's Switches and Routers includes but not limited to : ZXR10 8900E series core switches ,ZXR10 8900 Series Terabit MPLS Routing Switch ,ZXR10 5960 Series All 10Gigabit Switch ,ZXR10 5900E Series Easy-Maintenance MPLS Routing Switch, ZXR10 5950-H series All Gigabit Intelligent Routing Switches ,ZXR10 5250 Series All Gigabit Intelligent Switch, ZXR10 3900E Series Easy-Maintenance Routing Switch , ZXR10 M6000-S Series Multi-services Edge Router.

18. Cisco's Switches and Routers includes but not limited to :

Cisco Catalyst 9400 Series Switches

Cisco Catalyst 9300 Series Switches

Cisco Catalyst 9200 Series Switches

Cisco Catalyst 4500 Series Switches

Cisco Catalyst 3850 Series Switches

Cisco Catalyst 3650 Series Switches

Cisco Catalyst 2960-L Series Switches
Cisco Catalyst 2960-Plus Series Switches
Cisco Catalyst 2960-X Series Switches
Cisco Catalyst 9500 Series Switches
Cisco Catalyst 6800 Series Switches
Cisco Catalyst 6500 Series Switches
Cisco Catalyst 6500 Virtual Switching System 1440
Cisco Catalyst 4900 Series Switches
Cisco Catalyst 4500 Series Switches
Cisco Catalyst 4500-X Series Switches
Cisco Catalyst 3850 Series Switches
Cisco Nexus 7000 Series Switches
Cisco Catalyst 3560-CX Series Switches
Cisco Catalyst 2960-C Series Switches
Cisco Catalyst 2960-CX Series Switches
Cisco Catalyst 2960-L Series Switches
Cisco Nexus 9000 Series Switches
Cisco Nexus 7000 Series Switches
Cisco Nexus 6000 Series Switches
Cisco Nexus 5000 Series Switches
Cisco Nexus 4000 Series Switches
Cisco Nexus 3000 Series Switches
Cisco Nexus 2000 Series Fabric Extenders
Cisco Catalyst 6500 Series Switches
Cisco Catalyst 4900 Series Switches
Cisco 2500 Series Connected Grid Switches
Cisco Embedded Service 3300 Series Switches
Cisco Embedded Service 2020 Series Switches

Cisco Industrial Ethernet 5000 Series Switches

Cisco Industrial Ethernet 4010 Series Switches

Cisco Industrial Ethernet 4000 Series Switches

Cisco Industrial Ethernet 3010 Series Switches

Cisco Industrial Ethernet 3000 Series Switches

Cisco Industrial Ethernet 2000 Series Switches

Cisco Industrial Ethernet 2000U Series Switches

Cisco Industrial Ethernet 1000 Series Switches

Cisco SFS 7000 Series InfiniBand Server Switches

Cisco SFS 3500 Series Multifabric Server Switches

Cisco SFS 3000 Series Multifabric Server Switches

Cisco 550X Series Stackable Managed Switches

Cisco 350 Series Managed Switches

Cisco 350X Series Stackable Managed Switches

Cisco 250 Series Smart Switches

Cisco 220 Series Smart Switches

Cisco ESW2 Series Advanced Switches

Cisco Small Business 300 Series Managed Switches

Cisco Small Business 200 Series Smart Switches

Cisco Small Business 110 Series Unmanaged Switches

Cisco Catalyst 6500 Series Switches

Cisco Catalyst 4500 Series Switches

Cisco ME 4900 Series Ethernet Switches

Cisco Catalyst 3750 Metro Series Switches

Cisco ME 1200 Series Carrier Ethernet Access Devices

Cisco Cloud Services Platform 2100

Cisco Nexus 1000V InterCloud

Cisco Nexus 1000V Switch for KVM

Cisco Nexus 1000V Switch for Microsoft Hyper-V
Cisco Nexus 1000V Switch for VMware vSphere
Cisco Nexus 1000VE Virtual Switch
Cisco Cloud Services Router 1000V Series
Cisco IGX 8400 Series Switches
Cisco MGX 8900 Series Switches
Cisco MGX 8850 Software
Cisco MGX 8800 Series Switches
Cisco MGX 8250 Software
Cisco MGX 8200 Series Edge Concentrators
Cisco 4000 Series Integrated Services Routers
Cisco 1900 Series Integrated Services Routers
Cisco 1800 Series Integrated Services Routers
Cisco 1000 Series Integrated Services Routers
Cisco 800 Series Routers
Cisco ASR 1000 Series Aggregation Services Routers
Cisco Carrier Routing System
Cisco Catalyst 6500 Series Switches
Cisco Nexus 7000 Series Switches
Cisco 2000 Series Connected Grid Routers
Cisco 1000 Series Connected Grid Routers
Cisco 900 Series Industrial Routers
Cisco 800 Series Industrial Integrated Services Routers
Cisco 500 Series WPAN Industrial Routers
Cisco 5900 Series Embedded Services Routers
Cisco 5000 Series Enterprise Network Compute System
Cisco Network Convergence System 6000 Series Routers
Cisco ASR 9000 Series Aggregation Services Routers

Cisco ASR 1000 Series Aggregation Services Routers
Cisco ASR 920 Series Aggregation Services Router
Cisco ASR 901 Series Aggregation Services Routers
Cisco ASR 900 Series Aggregation Services Routers
Network Convergence System 500 Series Routers
Cisco 1900 Series Integrated Services Routers
Cisco 800 Series Routers
Cisco ASR 1000 Series Aggregation Services Routers
Cisco Catalyst 6500 Series Switches
Cisco Network Convergence System 5500 Series
Cisco Network Convergence System 5000 Series

19. HPE's Switches and Routers includes but not limited to :

HPE FlexNetwork 5510 HI Switch Series
HPE FlexFabric 5700
HPE FlexFabric 5800
HPE FlexFabric 5940
HPE FlexFabric 5950
HPE FlexFabric 12900E
HPE FlexFabric 12900E Switch Series
HPE-Router

20. Dell's Switches and Routers includes but not limited to: Brocade M5424, Dell Networking Z Series, Dell Networking S Series 1gbe , Dell Networking X-Series, Dell EMC Networking N1100 Series ,Dell Networking N1500 Switches , Dell Networking N2000 Series, Dell Networking N3000 Series, Dell Networking N4000 Series ,Dell Networking C9000 Series ,SonicWall NSA Series ,SonicWALL TZ Series.

21. Juniper's Switches and Routers includes but not limited to :

MX5,MX10,MX40,MX80,MX104,MX150,MX204,MX240,MX480,MX960,MX2008,

MX2010,MX2020, MX10003,MX10008 and MX10016,PTX1000,PTX3000,PTX5000, PTX10001,PTX10002,PTX10008 and PTX10016, T4000 Core Router.

22. Nephos Inc.'s chips includes but not limited to : MT3250 chip, Aries Hybrid TOR switch chip, Taurus Family NP8360 chip.

23. All products in the above from paragraph 17 to paragraph 22 use "TCAM " to perform the ACL, QoS, VLAN, LPM and other parallel searching , filtering and access control functions based on its data sheet or application notes. The TCAM inside those "Router" and "Switches" have infringed the claim 1,5,8,12 and 15 of patent 6744653 , the claim 1 and 9 of patent 6999331 at least. The network and Data center platform of Amzon may have used some of the Routers,Switches and chips listed from paragraph 17 to paragraph 22 above. Amazon has sold some of the products listed in paragraph 17 to 21. Amazon may have infringed the claim 1,5,8,12 and 15 of patent 6744653 and the claim 1 and 9 of patent 6999331 at least.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6744653**

24. Plaintiff Mr. Huang refers to and incorporates herein the allegations of Paragraphs 1-23 above.

25. On June1, 2004, U.S. Patent No.6744653 (the "'653Patent") was duly and legally issued for a "CAM cells and differential sense circuit for content addressable memory(CAM)." A true and correct copy of the '653 patent is attached hereto as Exhibit B. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the '653 patent.

26. On information and belief, Defendant Amazon has infringed and continue to infringe directly, indirectly, literally one or more of the claims of the '653patent through using and selling the chips, Networking Routers and Switches as well as data center Switches of the following company: Nephos Inc., ZTE, Cisco, HPE, Dell and Juniper. Those chips, Networking Routers and

Switches using TCAM which have infringed at least claim 1, 5, 8, 12 and 15 of the '653patent under 35 U.S.C. § 271(a),(b) and(c). Defendant Amazon has infringed at least claim 1, 5, 8, 12 and 15 of the '653patent under 35 U.S.C. § 271(a), (b) and (c).

27. DefendantAmazon's acts of infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant Amazon for the damages sustained by Xiaohua Huang as a result of Defendant Amazon's wrongful acts in an amount subject to proof at trial. Defendant Amazon's infringement of Xiaohua Huang exclusive rights under the '653patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant Amazon's infringement entitle Xiaohua Huang to recover damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 6999331**

28. Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-23 above.

29. On Feb.14, 2006, U.S. Patent No. 6999331(the " '331Patent") was duly and legally issued for a "CAM cells and differential sense circuit for content addressable memory(CAM)." A true and correct copy of the '331 patent is attached hereto as Exhibit C. Xiaohua Huang as inventor is the owner of all rights, title, and interest in and to the '331 patent.

30. On information and belief, Defendant Amazon has infringed and continue to infringe directly, indirectly, literally one or more of the claims of the '331patent through selling and using the chips, Networking Routers and Switches as well as data center Switches of the following company: Nephos Inc., ZTE, Cisco, HPE, Dell and Juniper etc. Those chips, Networking Routers and

Switches using "TCAM " have infringed at least claim 1 and 9 of the '331patent under 35 U.S.C. § 271(a), (b) and (c). Defendant Amazon has infringed at least claim 1 and 9 of the '331 patent under 35 U.S.C. § 271(a), (b) and (c).

31. Defendant Wells Fargo's acts of infringement have caused damage to Xiaohua Huang, and Xiaohua Huang is entitled to recover from Defendant Amazon for the damages sustained by Xiaohua Huang as a result of Defendant Amazon's wrongful acts in an amount subject to proof at trial. Defendant Amazon's infringement of Xiaohua Huang exclusive rights under the '331patent will continue to damage Xiaohua Huang, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Defendant Amazon's infringement entitle Xiaohua Huang to recover damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

40. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Xiaohua Huang requests a trial by jury on all issues.

## PRAYER FOR RELIEF

WHEREFORE, Xiaohua Huang prays for the following relief:

(a). A judgment in favor of Xiaohua Huang that Defendant has infringed and is infringing U.S. Patent Nos. 6744653 and 6999331;

(b). A judgment that the '653 patent and '331patent are valid and enforceable;

(c). An order preliminarily and permanently enjoining Defendant and its subsidiaries, parents, officers, directors, agents, servants, employees, affiliates, attorneys and all others in active concert or participation with any of the foregoing, from further acts of infringement of the '653patent and '331patent;

(d). An accounting for damages resulting from Defendant's infringement of the ‘653 patent and ‘331patent under 35 U.S.C. § 284;

(e). An assessment of interest on damages;

(f). A judgment awarding damages to Xiaohua Huang for its costs, disbursements, expert witness fees, and attorneys' fees and costs incurred in prosecuting this action, with interest pursuant to 35 U.S.C. § 285 and as otherwise provided by law;

(g). Such other and further relief as this Court may deem just and equitable.

Dated: September 18, 2019

Respectfully Submitted,

Xiaohua Huang
P.O. Box 1639, Los Gatos CA95031
Tel: 669 273 5650
Email: xiaohua_huang@hotmail.com

Exhibit B 6744653 Patent
Exhibit C 6999331 Patent

# Exhibit B

US006744653B1

(12) **United States Patent**
**Huang**

(10) **Patent No.:** **US 6,744,653 B1**
(45) **Date of Patent:** **Jun. 1, 2004**

(54) **CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)**

(76) Inventor: **Xiaohua Huang**, 12897 Regan La., Saratoga, CA (US) 95070

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 22 days.

(21) Appl. No.: **10/202,621**

(22) Filed: **Jul. 24, 2002**

**Related U.S. Application Data**

(60) Provisional application No. 60/327,049, filed on Oct. 4, 2001.

(51) **Int. Cl.**[7] ................................................ **G11C 15/00**
(52) **U.S. Cl.** .......................... **365/49**; 365/207; 365/210
(58) **Field of Search** .......................... 365/49, 207, 210; 711/108

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,162,681 A * 11/1992 Lee .............................. 327/53
5,446,686 A * 8/1995 Bosnyak et al. .............. 365/49
5,598,115 A * 1/1997 Holst ........................ 326/119
6,195,277 B1 * 2/2001 Sywyk et al. ................. 365/49
6,307,798 B1 * 10/2001 Ahmed et al. ............. 365/207
6,442,054 B1 * 8/2002 Evans et al. .................. 365/49

* cited by examiner

*Primary Examiner*—Richard Elms
*Assistant Examiner*—J. H. Hur
(74) *Attorney, Agent, or Firm*—Dinh & Associates

(57) **ABSTRACT**

A dummy content-addressable memory (CAM) cell and a dummy ternary CAM cell are connected to each row in a CAM and a ternary CAM array, respectively, to enable a differential match line sensing based on the content stored. The ternary CAM cell is for a differential match line sensing in low power applications. A method includes generating a voltage difference between a match line signal and a reference line signal, and then detecting and amplifying the voltage difference to determine a match or a mismatch.

**17 Claims, 18 Drawing Sheets**






FIG. 1A (---Prior Art---)


100b
110b
150b
Sense Circuits
Out 1
Out 2
Out M
CAM cell
Dummy CAM cell
122aa
122ab
122an
122ba
122bb
122bn
122ma
122mb
122mn
124a
124b
124m
match 1
match 2
match M
dummy 1
dummy 2
dummy M
130a
130b
130m
131a
131b
131m
132a
132b
132n
132x
mbl x $\overline{mbl}$ x
mbl 1 $\overline{mbl}$ 1
mbl 2 $\overline{mbl}$ 2
mbl N $\overline{mbl}$ N

FIG. 1B




FIG. 2B (---Prior Art---)




FIG. 2A (---Prior Art---)




FIG. 2C (---Prior Art---)


122x
210x
222
wl
VDD
VDD
212a
214a
214b
212b
224a
218a
218b
224b
220a
220b
216a
216b
bl
d
d
bl
232a
232b
match
130x
Ci
1
132xa
132xb
240
mbl
mbl
dummy
131x
Ci
1
231x
242

FIG. 2D


124x
210x
222
wl
$V_{DD}$
$V_{DD}$
212a
214a
214b
212b
224a
224b
218a
218b
220a
220b
216a
216b
$\overline{bl}$
$\overline{d}$
d
bl
232a
232b
match
130x
Cd
1
240x
132xa
132xb
234a
234b
dummy
131x
$\overline{Cd}$
x
smaller size
242x
mbl
$\overline{mbl}$
233x

FIG. 2E




FIG. 3A




FIG. 3B




FIG. 3C



400
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
VDD
422
En2
M
412a
414a
F
416a
418a
Out A
424a
122xn
240n
1
CN
CAM
Cell N
242n
1
match
130x
dummy
131x
122xa
240a
1
C1
CAM
Cell 1
242a
1
124x
240x
1
Cd
Dummmy
CAM
Cell
242x
x
Cd
VDD
310a
Pch
VDD
310b
Pch


FIG. 4A


401
410y
$V_{DD}$
Out B
424b
Out A
424a
412b
412a
414b
414a
416b
416a
418c
Saen
G
F
426a
426b
Iso
M
D
122xn
122xa
124x
240n
240a
240x
242n
242a
242x
CN
C1
Cd
CAM Cell N
CAM Cell 1
Dummmy CAM Cell
match
130x
dummy
131x
310a
310b
Pch

FIG. 4B



Clock
Pch
En1
En2
M
D
Match
512
514
Vss
M
D
Mismatch
524
522
Vss
Out A
Out A/B Match
Out B
Out B
Out A/B Mismatch
Out A
T1
T2
T3
T4
T5


FIG. 5A



Clock
Pch
Cd
Saen
Iso
532
M
D
Match
534
VDD
VSS
G
F
542
544
VDD
VSS
Out A/B
Out A
Out B
554
M
D
Mismatch
553
VDD
VSS
564
G
F
562
VDD
VSS
Out A/B
Out B
Out A
T1
T2
T3
T4
T5


FIG. 5B


600
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
$V_{DD}$
422
En2
412a
414a
F
416a
M
418a
Out A
424a
122xn
240n
1
CN
CAM Cell N
242n
match
130x
610a
dummy
131x
610b
122xa
240a
C1
CAM Cell 1
242a
124x
240x
Cd
Dummmy CAM Cell
242x
x
$\overline{Cd}$
310a
Pch
310b

FIG. 6



Clock
Pch
En1
En2
M
D
Match
714
712
Vss
M
D
Mismatch
722
724
Vss
Out B
Out A/B Match
Out A
Out A
Out A/B Mismatch
Out B
T1 T2 T3 T4 T5


FIG. 7




FIG. 8A (Prior Art)


122y
250y
mask
$\overline{mask}$
match
dummy
$\overline{mbl}$
231y
bl
d
$\overline{d}$
Ki
241
Ci
240
Ki
243
$\overline{Ki}$
242
210y
232b
232a
130y
131y
$\overline{bl}$
mbl

FIG. 8B


124y
250y
mask
mask
match
130y
dummy
131y
mbl
233y
1
1
x
x
Kd
241x
Cd
240x
Kd
243x
Cd
242x
bl
d
210y
232b
234b
232a
234a
d
bl
mbl

FIG. 8C


900
410x
Out B
424b
G
412b
414b
416b
En1
418b
D
VDD
422
En2
412a
414a
F
416a
M
418a
Out A
424a
124yn
241n
240n
KN
CN
Ternary
CAM
Cell N
243n
242n
match
130y
dummy
131y
124ya
241a
240a
K1
C1
Ternary
CAM
Cell 1
243a
242a
124y
241x
240x
Kd
Cd
Dummmy
CAM
Cell
243x
242x
VDD
310a
Pch
VDD
310b
Pch

FIG. 9A


901
410y
Out B
424b
412b
414b
G
416b
Saen
418c
$V_{DD}$
Out A
424a
412a
414a
F
416a
426a
426b
Iso
M
D
124yn
124ya
124y
241n
240n
243n
242n
KN
CN
Ternary
CAM
Cell N
match
130y
dummy
131y
241a
240a
243a
242a
K1
C1
Ternary
CAM
Cell 1
241x
240x
243x
242x
Kd
Cd
Dummmy
CAM
Cell
310a
310b
Pch

FIG. 9B


1000
410y
Out B
424b
432
En3
En1
412b
414b
G
416b
418b
D
VDD
422
En2
430
420
M
412a
414a
F
416a
418a
Out A
424a
122yn
241n
240n
KN
CN
Ternary CAM Cell N
243n
242n
match
130y
610a
dummy
131y
610b
122ya
241a
240a
K1
C1
Ternary CAM Cell 1
243a
242a
124y
241x
240x
Kd
Cd
Dummmy Ternary CAM Cell
243x
242x
310a
310b
Pch

FIG. 10

# CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)

This application claims the benefit of provisional U.S. Application Serial No. 60/327,049, entitled "High-Speed and Low Power Content Addressable Memory (CAM) Sensing Circuits," filed Oct. 4, 2001, which is incorporated herein by reference in its entirety for all purposes.

## BACKGROUND OF THE INVENTION

The present invention relates generally to semiconductor circuits, and more specifically to CAM cells and high speed and low power sense circuits for content addressable memory.

A content addressable memory (CAM) is a memory having an array of memory cells that can be commanded to compare all or a subset of the "entries" in the array against an input address. Each entry in the CAM array corresponds to the content of the cells in a particular row of the array. Each row of the array is further associated with a respective match line, which is used as a status line for the row. All or a portion of the CAM array may be compared in parallel to determine whether or not the input address matches any of the entries in the portion selected for comparison. If there is a match to an entry, then the match line for the corresponding row is asserted to indicate the match. Otherwise, the match line is de-asserted to indicate a mismatch (which may also be referred to as a "miss"). Typically, any number of match lines may be asserted, depending on the entries in the array and the input address.

In a typical CAM design, the comparison between a bit of the input address and the content of a CAM cell is performed by a comparison circuit included in the cell. The comparison circuits for all cells in each row may then be coupled to the match line for the row. For simplicity, the comparison circuits may be designed such that a wired-OR operation is implemented for the outputs from all comparison circuits coupled to any given match line. In one common design, the output for each comparison circuit is formed by the drain of an N-channel output transistor. This output transistor is turned ON if there is a mismatch between the input address bit and the memory cell content and is turned OFF otherwise. The match line may be pre-charged to a logic high prior to each comparison operation, and would thereafter remains at logic high only if all output transistors for the row are turned OFF, which would be the case if there is a match between all bits of the entry for the row and the input address. Otherwise, if at least one output transistor is turned ON due to a mismatch, then the match line would be pulled low by these transistors. The signal (or voltage) on the match line may thereafter be sensed or detected to determine whether or not there was a match for that row.

The conventional CAM cell and CAM sensing mechanism described above, though simple in design, have several drawbacks that affect performance. First, speed may be limited by the wired-OR design of the match line, if some speed-enhancing techniques are not employed. Each row may include a large number of cells (e.g., possibly 100 or more cells). In this case, if only one bit in the entire row does not match, then only one output transistor will be turned ON and this transistor will need to pull the entire match line low (e.g., from $V_{DD}$ to $V_{SS}$). A long time (i.e., $t=C \cdot V_{DD}^2/I$, where C is the capacitance of each entire match line and I is the current of each transistor) may then be required to discharge the line, which would then limit the speed at which the CAM



array may be operated. Second, excessive power may be consumed by the CAM design described above. Typically, only one row will match the input address, and all other rows will not match. In this case, all but one match line will be pulled to logic low (e.g., to $V_{SS}$) by the output transistors that are turned ON due to mismatches. The power consumed may then be computed as $(M-1) \cdot C \cdot V^{DD2}$, where (M−1) is the number of mismatched rows, C is the capacitance of each match line, and $V_{DD}$ is the voltage swing of the match line during discharge.

As can be seen, there is a need for CAM cells and sense circuits that can ameliorate the shortcomings related to speed and power in the conventional design.

## SUMMARY OF THE INVENTION

The invention provides CAM cell designs having improved performance over a conventional design. The invention further provides techniques to detect the signal (or voltage) on a match line coupled to a number of CAM cells and having faster speed of operation and possibly lower power consumption.

In an aspect, a content addressable memory (CAM) cell is provided having improved performance. The CAM cell includes a memory cell operable to store a bit value and a comparison circuit configured to detect the bit value stored in the memory cell. The comparison circuit includes (1) an output transistor coupled to a match line and configured to provide a drive for the match line based on the detected bit value, and (2) a dummy transistor coupled to a dummy line. The match line and dummy line are used to detect an output value provided by the CAM cell. In an embodiment, the dummy transistor (1) has similar dimension as the output transistor, (2) is located in close proximity to the output transistor, and (3) is turned OFF during sensing operation. The dummy transistor is used to achieve low voltage swing (small signal) sensing and provides for low power and high-speed operation.

In another aspect, a sense circuit is provided for sensing a logic state of a match line in a content addressable memory (CAM). The sense circuit includes a pair of amplifiers cross-coupled in a positive feedback configuration. The first amplifier has one input operatively coupled to the match line, and the second amplifier has one input operative to receive a reference signal. The match line is driven by a number of output transistors for a row of CAM cells. The reference signal is generated based on a row of dummy transistors that are similarly arranged as the output transistors. When enabled, the amplifiers detect the difference between the signals on the match line and the reference signal and further amplify the detected difference such that the logic value on the match line may be ascertained. The sense circuit may further include (1) a pair of pass transistors operatively coupled to the pair of amplifiers and used to enable the sense circuit, and (2) a switch coupled between outputs/inputs of the cross-coupled amplifiers and used to reset the amplifiers prior to each match line sense cycle. In a specific implementation, the first and second amplifiers may each be implemented as an inverter with gain (e.g., a P-channel transistor coupled in series with an N-channel transistor).

The match line is coupled to the output transistors for the row of CAM cells and may further be coupled directly to one input of the first amplifier. The dummy transistors couple to a dummy line that may further be coupled directly to one input of the second amplifier. Alternatively, the output transistors may also couple to a first common line that is

coupled to the input of the first amplifier. In this case, the dummy transistors would similarly couple to a second common line that is coupled to the input of the second amplifier.

Various other aspects, embodiments, and features of the invention are also provided, as described in further detail below.

The foregoing, together with other aspects of this invention, will become more apparent when referring to the following specification, claims, and accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit;

FIG. 1B is a block diagram of a CAM unit wherein certain aspects and embodiments of the invention may be implemented;

FIGS. 2A, 2B, and 2C are respectively a block diagram, a schematic diagram, and a logic diagram for an embodiment of a conventional CAM cell;

FIG. 2D is a schematic diagram of a binary CAM cell having improved performance;

FIG. 2E is a schematic diagram of a dummy binary CAM cell;

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line;

FIG. 3B is a block diagram of a sense circuit;

FIG. 3C is a schematic diagram of an embodiment of a sense circuit that may be used to detect the signal on a match line;

FIGS. 4A and 4B are schematic diagrams of an embodiment of two match line detection mechanisms;

FIGS. 5A and 5B are timing diagrams for the match line detection mechanisms shown in FIGS. 4A and 4B, respectively;

FIG. 6 is a schematic diagram of another embodiment of a match line detection mechanism;

FIG. 7 is a timing diagram for the match line detection mechanism shown in FIG. 6;

FIG. 8A is a schematic diagram of an embodiment of a conventional ternary CAM cell;

FIG. 8B is a schematic diagram of a ternary CAM cell having improved performance;

FIG. 8C is a schematic diagram of a dummy ternary CAM cell; and

FIGS. 9A, 9B, and 10 are schematic diagrams of three match line detection mechanisms for ternary CAM cells.

## DESCRIPTION OF THE SPECIFIC EMBODIMENTS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit **100*a***. CAM unit **100*a*** includes a CAM array **110*a*** coupled to sense circuits **150*a***. CAM array **110*a*** is a two-dimensional array of M rows by N columns of CAM cells **120**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** that couples to all CAM cells in the row and further couples to sense circuits **150*a***.

Each of the N columns of the CAM array is associated with a specific bit position of an N-bit input address. A differential address line **132** is provided for each address bit and couples to all cells in the corresponding column of the CAM array. In this way, each bit of the N-bit input address may be compared with each of the M bits stored in the M cells in the corresponding column. The N-bit input address may thus be provided to all M rows of the CAM array and simultaneously compared against all entries in the array.

Typically, before performing the comparison between the input address and the entries in the CAM array, the M match lines for the M rows of the array are pre-charged to logic high (e.g., $V_{DD}$). For each row, if any cell in the row is not matched to the corresponding address bit, then the output transistor for that cell is turned ON and the match line is pulled to logic low (e.g., $V_{SS}$). Thus, for any given row, the match line remains at logic high (i.e., not pulled to $V_{SS}$) only if the output transistors for all N cells in the row are turned OFF, which only occurs if each bit for the input address matches the bit in the corresponding cell of the row. The match line for each row is thus at logic high for a match between the entry in that row and the input address, and is at logic low if there is no match (i.e., a mismatch) between the entry and the input address.

FIG. 1B is a block diagram of a CAM unit **100*b*** having improved performance. CAM unit **100*b*** includes a CAM array **110*b*** coupled to sense circuits **150*b***. CAM array **110*b*** is a two-dimensional array of M rows by N columns of CAM cells **122**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** and a dummy line **131** that couple to all CAM cells in the row and further couples to sense circuits **150**.

CAM array **110*b*** further includes a column of M dummy CAM cells **124**, one dummy CAM cell for each row. Dummy CAM cells **124** allow for differential detection of the values stored in CAM cells **122**, which are provided on match lines **130** and dummy lines **131**, as described in further detail below.

FIG. 2A is a simple representation for a CAM cell **120*x***, which is one of many CAM cells **120** in FIG. 1A. CAM cell **120*x*** receives a differential address line, mbl and $\overline{\text{mbl}}$, for a single bit of the input address and further couples to a single match line for one row of the CAM array.

FIG. 2B is schematic diagram of a specific design of CAM cell **120*x***, which may be used for each of the CAM cells **120** in FIG. 1A. CAM cell **120*x*** includes a memory cell **210*x*** coupled to a comparison circuit **230*x***. Memory cell **210*x*** (which may also be referred to as a storage element or storage cell) is used to store a single bit value. Comparison circuit **230*x*** is used to compare the stored bit value against an address bit.

As shown in FIGS. 2A and 2B, memory cell **210*x*** comprises a pair of cross-coupled inverters **212*a*** and **212*b***. Each inverter **212** is formed by a P-channel transistor **214** coupled to an N-channel transistor **216**, as shown in FIG. 2B. The gates of transistors **214** and **216** couple together and form the input of the inverter, and the drains of these transistors similarly couple together and form the output of the inverter. The output of inverter **212*a*** couples to the input of inverter **212*b***, the drain of an N-channel transistor **218*a***, and a complementary data line ($\overline{\text{d}}$) **220*a***. Similarly, the output of inverter **212*b*** couples to the input of inverter **212*a***, the drain of an N-channel transistor **218*b***, and a data line (d) **220*b***. The gates of transistors **218*a*** and **218*b*** couple to a word line (wl), the source of transistor **218*a*** couples to a complementary bit line ($\overline{\text{bl}}$) **224*a***, and the source of transistor **218*b*** couples to a bit line (bl) **224*b***.

A data bit may be stored to memory cell **210*x*** as follows. Initially, word line **222** is pulled to logic high to turn ON

either transistor **218***a* or **218***b*. The logic value on the differential bit line ($\overline{bl}$ and bl) is then stored to the memory cell and maintained by inverters **212***a* and **212***b*. For example, if the complementary bit line ($\overline{bl}$) is at logic low and the bit line (bl) is at logic high, then transistor **218***a* is turned ON and transistor **218***b* is turned OFF. The complementary data line ($\overline{d}$) is then pulled to logic low, which then causes the output of inverter **212***b* to transition to logic high. This then turns ON transistor **216***a* and causes the output of inverter **212***a* to transition to logic low. After the bit value has been written to memory cell **210***x*, the word line is brought to logic low and the value is maintained by inverters **212***a* and **212***b* via a positive feedback mechanism. The process to store a bit of the opposite logic value proceeds in a complementary manner.

Comparison circuit **230***x* comprises a pair of N-channel transistors **232***a* and **232***b* and an N-channel output transistor **240**. Transistors **232***a* and **232***b* have gates that couple to data lines **220***a* and **220***b*, respectively, sources that couple to an address line (mbl) **132***xa* and a complementary address line ($\overline{mbl}$) **132***xb*, respectively, and drains that couple together and to the gate of transistor **240**. The source of transistor **240** couples to circuit ground (e.g., $V_{SS}$) and the drain of transistor **240** couples to a match line **130***x* for the row to which CAM cell **120***x* belongs.

Comparison circuit **230***x* operates as follows. If the address bit is not the same as the stored bit in memory cell **210***x*, then the value on address line (mdl) **132***xa* is the same as the value on complementary data line ($\overline{d}$) **220***a*, and the value on complementary address line ($\overline{mbl}$) **132***xb* is the same as the value on data line (d) **220***b*. In this case, node C will be at logic high (i.e., a high voltage level), and transistor **240** will be turned ON to indicate a mismatch. Alternatively, if the input address is the same as the stored bit in memory cell **210***x*, then node C will then be pulled to logic low by either transistor **232***a* or **232***b*, and output transistor **240** will be turned OFF to indicate a match. The ON state for output transistor **240** thus indicates a mismatch and the OFF state indicates a match.

FIG. 2C is a logical representation for memory cell **210***x*. Inverters **212***a* and **212***b* are cross-coupled so that the output of one inverter drives the input of the other inverter. Inverters **212***a* and **212***b* are thus coupled in a positive feedback circuit configuration. Transistors **218***a* and **218***b* act as switches that can be selectively turned ON to store a data value, which is then maintained by inverters **212***a* and **212***b*.

FIG. 2D is schematic diagram of a specific design of a CAM cell **122***x*, which may be used for each of the CAM cells **122** in FIG. 1B. CAM cell **122***x* includes a memory cell **210***x* coupled to a comparison circuit **231***x*. Memory cell **210***x* is used to store a single data bit value, and is described above with reference to FIG. 2B.

Comparison circuit **231***x* comprises a pair of N-channel transistors **232***a* and **232***b* and an N-channel output transistor **240** used to drive match line **130***x*. These transistors are described above with reference to FIG. 2B. Comparison circuit **231***x* further comprises a dummy N-channel output transistor **242** used to provide the proper loading for dummy line **131***x*. The gate of dummy transistor **242** is coupled to logic low, and the dummy transistor is turned OFF. Dummy transistor **242** has a physical dimension that is the same as output transistor **240**. In an embodiment, dummy transistor **242** is located near output transistor **240** and is oriented in the same direction.

FIG. 2E is schematic diagram of a specific design of a dummy CAM cell **124***x*, which may be used for each of the



dummy CAM cells **124** in FIG. 1B. Dummy CAM cell **124***x* includes a memory cell **210***x* coupled to a comparison circuit **233***x*. Memory cell **210***x* is used to store a single data bit value, and is described above with reference to FIG. 2B. Comparison circuit **233***x* includes circuitry used to drive match line **130***x* and dummy line **131***x*. In particular, comparison circuit **233***x* comprises transistors **232***a*, **232***b*, and **240***x* coupled in the manner described above with reference to FIG. 2B and used to drive match line **130***x*. Comparison circuit **233***x* further comprises a pair of N-channel transistors **234***a* and **234***b* and an N-channel output transistor **242***x* used to drive dummy line **131***x*.

Transistors **234***a*, **234***b*, and **242***x* are coupled in similar manner as transistors **232***a*, **232***b*, and **240***x* for the match line, except that the gates of transistors **234***a* and **234***b* couple to the data line (d) and the complementary data line ($\overline{d}$), respectively. Thus, if transistor **242***x* is turned ON, then transistor **240***x* will be turned OFF. Otherwise, transistor **242***x* is turned OFF and transistor **240***x* will be turned ON. When transistor **240***x* is turned ON, the CAM row is disabled and the match line is asserted to mismatch status.

In an embodiment, transistors **242***x* has a physical dimension that is different from that of the other output transistors for the CAM cells within the same row. If the ratio of the width over the length of transistor **240***x* is normalized to be equal to 1

$$\left(\text{i.e., } \frac{W_0}{\alpha L_0} = 1\right),$$

then the ratio of the width over the length of transistor **242***x* may be expressed as being equal to x, where

$$x = \frac{W}{\alpha L}.$$

In an embodiment, x=0.5, which may be obtained by doubling the length of transistor **242***x* relative to that of transistor **240***x*

$$\left(\text{i.e., } x = \frac{W_0}{2\alpha L_0}\right)$$

or by reducing the width of transistor **242***x* relative to that of transistor **240***x*

$$\left(\text{i.e., } x = \frac{W_0/2}{\alpha L_0}\right).$$

The function performed by dummy CAM cell **124** is described in further detail below.

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line **130***x*. As shown in FIG. 1A, each match line **130** traverses the entire row of CAM array **110***a* and couples to output transistor **240** of each CAM cell **120** in the row. In FIG. 3A, transistors **240***a* through **240***n* thus represent the N output transistors for N CAM cells **120***xa* through **120***xn* in the row to which match line **130***x* is associated with. Each match line is further associated with a P-channel pre-charge transistor **310** and an output buffer **320**.

The comparison of an entry for a row of CAM cells against the input address is performed as follows. Initially, the gate voltage of output transistors **240***a* through **240***n* are pre-set to logic low to turn OFF these transistors, and

pre-charge transistor **310** is turned ON (by bringing the Pch control signal to logic low) to pre-charge match line **130***x* to a high level (e.g., $V_{DD}$). Pre-charge transistor **310** is then turned OFF, and the input address is written to address lines **132***a* through **132***n* (see FIG. 1A). The comparison circuit in each CAM cell in the row then operates to compare the stored bit in the CAM cell against the input address bit for that CAM cell. Depending on the stored value in each CAM cell and its input address bit, the output transistor for the CAM cell may be turned OFF for a match or turned ON for a mismatch, as described above.

If all N bits for the row are matched, then all N output transistors **240***a* through **240***n* are turned OFF, and match line **130***x* remains at the pre-charged level (e.g., of $V_{DD}$). Otherwise, if one or more bits are not matched, then each mismatched bit causes the corresponding output transistor to turn ON. If any of the N output transistors is turned ON, then those transistors would then discharge the match line (i.e., pull the match line to logic low or $V_{SS}$). Thus, the match line remains at logic high if the input address matches the stored content of the CAM cells in the row, and transitions to logic low if the input address does not match the stored content. Output buffer **320** buffers the match line and drives the subsequent circuitry.

As noted above, the match line configuration shown in FIG. **3**A has several disadvantages related to speed and power. First, speed may be limited by the wired-OR design of the match line. Each row may include a large number of cells. If only one bit in the entire row mismatches, then only one output transistor will be turned ON and this transistor would need to pull the entire match line toward $V_{SS}$. In this case, a long time may be required to discharge the match line, which would then limit the speed at which the CAM array may be operated. Second, excessive power may be consumed by discharging all match lines that mismatch (which is typically all but one match line) toward $V_{SS}$. These disadvantages are ameliorated by the match line configurations described below.

FIG. **3**B is a block diagram of a differential sense circuit **410** that may be used to detect a signal (or voltage) on a match line. One sense circuit **410** may be coupled to each of the M match lines for the CAM array in FIG. **1**A. Sense circuits **150** may thus include M sense circuits **410**. Sense circuit **410** may be implemented with a current mirror type, a cross-coupled latch type, or some other design. A reference generator **411** provides a reference voltage for one input of sense circuit **410**, and the match line couples to the other input of the sense circuit. Reference generator **411** may be implemented with dummy transistors (as described below), a voltage divider that can provide a constant voltage, or some other design.

FIG. **3**C is a schematic diagram of an embodiment of a sense circuit **410***a* that may be used to detect a signal (or voltage) on a match line. In the embodiment shown in FIG. **3**C, sense circuit **410***a* includes a pair of inverting amplifiers **412***a* and **412***b* cross-coupled so that the output of one amplifier drives the input of the other amplifier. Amplifiers **412***a* and **412***b* are thus coupled in a positive feedback circuit configuration. Transistor **418***a* couples to one input of amplifier **412***a* and to the match line at node M, and transistor **418***b* couples to one input of amplifier **412***b* and to an output from reference generator **411** at node D. Nodes M and D effectively provide a differential drive for the pair of cross-coupled amplifiers **412***a* and **412***b*. Inverting buffers **424***a* and **424***b* provide buffering for the detected data bit from inverters **412***a* and **412***b*, respectively, and further derive the Out A and Out B outputs. The operation of sense circuit **410***a* is described below.

FIG. **4**A is a schematic diagram of a match line detection mechanism **400**, which may be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100***b* in FIG. **1**B, in accordance with an embodiment of the invention. Similar to FIG. **3**A, match line **130***x* couples to N output transistors **240***a* through **240***n* for N CAM cells **122***xa* through **122***xn* and to output transistor **240***x* for dummy CAM cell **124***x* in a specific row of the CAM array. Match line **130***x* further couples to a P-channel transistor **310***a*, which is used to pre-charge the match line (e.g., to $V_{DD}$) at the start of each detection cycle. Match line **130***x* further couples to a first input (node M) of a sense circuit **410***x*, which is used to sense the signal or voltage on the match line. Sense circuit **410***x* is a specific embodiment of sense circuit **410** in FIG. **3**B.

Dummy line **131***x* couples to N dummy transistors **242***a* through **242***n* for N CAM cells **122***xa* through **122***xn* and to dummy transistor **242***x* for dummy CAM cell **124***x* in the same row of the CAM array as the associated match line **130***x*. Dummy transistors **242***x* and **242***a* through **242***n* are used to generate a reference signal for sense circuit **410***x*, and may thus be viewed as one implementation of reference generator **411** in FIG. **3**B. Dummy transistors **242***a* through **242***n* mimic the loading observed on match line **130***x*. Dummy line **131***x* also couples to a P-channel transistor **310***b*, which is used to pre-charge the dummy line at the start of each detection cycle. Dummy line **131***x* further couples to a second input (node D) of sense circuit **410***x*.

As shown in FIG. **4**A, dummy transistors **242***a* through **242***n* for CAM cells **122***xa* through **122***xn* are each dimensioned with a normalized size of 1 (i.e., W/L→1, where W is the width and L is the channel length of the transistor). Output transistors **240***a* through **240***n* for the CAM cells and output transistor **240***x* for dummy CAM cell **124***x* are each also dimensioned with the normalized size of 1. However, dummy transistor **242***x* for dummy CAM cell **124***x* is dimensioned with a normalized size of less than 1 (i.e., $x<1$) and thus has reduced drive capability in comparison to each output transistor **240**. In one specific embodiment, $x \approx 0.5$. As also shown in FIG. **4**A, all dummy transistors **242***a* through **242***n* in the CAM cells are turned OFF by grounding the gates of these N-channel dummy transistors. However, dummy transistor **242***x* for dummy CAM cell **124***x* may be turned ON and has a size that is only a fraction (e.g., half) of the size of the other output and dummy transistors.

In the match situation, all of the transistors coupled to the match line (i.e., transistors **240***a* through **204***n* and **240***x*) will be turned OFF, and the match line will not be discharged. However, the dummy line will be discharged through dummy transistor **242***x* (which has a size that is a fraction x) and the dummy line voltage will be lower than the match line voltage. Conversely, in the mismatch situation, even if only one bit is mismatched, the match line will be discharged through the one or more transistors **240** for the mismatched CAM cells (which have a size of 1) at a speed faster than dummy line. In this case, the match line voltage will be lower than that of the dummy line voltage.

In the specific embodiment of sense circuit **410***x* shown in FIG. **4**A, N-channel transistors **418***a* and **418***b* have gates that couple together and to an En1 control signal and sources that couple to ground (e.g., $V_{SS}$). In an embodiment, amplifiers **412***a* and **412***b* are designed as inverters with gains, and are thus referred to as simply inverters. Inverters **412***a* and **412***b* couple to transistors **418***a* and **418***b*, respectively, and further to inverters **424***a* and **424***b*, respectively. Each inverter **412** comprises a P-channel transistor **414** coupled to an N-channel transistor **416**. The gates of transistors **414***a*

and **416***a* couple together and form one input of inverter **412***a* (node F). The source of transistor **414***a* couples to the drain of transistor **416***a* and form the output of inverter **412***a*, which couples to the gates of transistors **414***b* and **416***b* and to the input of inverting buffer **424***b*. Similarly, the gates of transistors **414***b* and **416***b* couple together and form one input of inverter **412***b* (node G). The source of transistor **414***b* couples to the drain of transistor **416***b* and form the output of inverter **412***b*, which couples to the gates of transistors **414***a* and **416***a* and to the input of inverting buffer **424***a*. The sources of N-channel transistors **416***a* and **416***b* couple to the drains of transistors **418***a* and **418***b*, respectively. The drains of transistors **414***a* and **414***b* couple together.

A P-channel transistor **422** has a gate that couples to an En2 control signal, a source that couples to the drains of transistors **414***a* and **414***b*, and a drain that couples to the upper voltage supply (e.g., $V_{DD}$). The inputs of inverting buffers **424***a* and **424***b* couple to the outputs of inverters **412***b* and **412***a*, respectively, and the outputs of buffers **424***a* and **424***b* drives the Out A and Out B outputs, respectively.

The voltage on node M represents the signal on the match line **130***x* to be detected. The voltage on node D represents the reference signal to which the voltage on node M is compared against. Inverters **412***a* and **412***b* amplify the voltage difference between nodes M and D.

The reference signal at node D is generated by dummy transistors **242***x* and **242***a* through **242***n*. The reference signal may be determined, in part, by selecting the proper sizes for dummy transistors **242***x* and pre-charge transistor **310***b*, which is usually equal to transistor **310***a*.

FIG. **5**A is a timing diagram for match line detection mechanism **400** in FIG. **4**A. This timing diagram shows various control signals for sense circuit **410***x* to detect the signal (or voltage) on match line **130***x*, the voltages at nodes M and D, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. **5**A for reference. The operation of the sense circuit is now described in reference to both FIGS. **4**A and **5**A.

Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, which may correspond to the rising (or leading) edge of the clock signal, the Pch control signal is brought to logic low, which then turns ON transistors **310***a* and **310***b*. At approximately the same time $T_1$, the address to be compared are written in through the address line (mbl) and its complementary address line ($\overline{\text{mbl}}$), the comparison circuits for the CAM cells coupled to the match line are enabled. Each of the N output transistors **240** for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result. In a typical design, the comparison circuits could be enabled either before or after time $T_1$ when the pre-charge is finished.

Upon being turned ON at time $T_1$, transistor **310***a* starts pre-charging match line **130***x* toward $V_{DD}$, and transistor **310***b* similarly starts pre-charging dummy line **131***x* toward $V_{DD}$. If there is a match between the input address and the contents of the CAM cells in the row corresponding to the match line, then all N output transistors **240***a* through **240***n* will be turned OFF, and transistor **310***a* is able to pre-charge the match line to a higher voltage and faster, as shown by plot **512** in FIG. **5**A. In comparison, since transistor **242***x* coupled to dummy line **131***x* is turned ON, transistor **310***b* is able to pre-charge the dummy line at a slower rate, as shown by plot **514** in FIG. **5**A. Thus, if there is a match, then the voltage on match line **130***x* is higher than the voltage on dummy line **131***x*.

Conversely, if there is a mismatch between the input address and the CAM cell contents, then at least one output transistor **240** coupled to match line **130***x* will be turned ON, and the voltage on the match line will be pre-charge more slowly, as shown by plot **522** in FIG. **5**A. Although transistor **242***x* coupled to dummy line **131***x* is also turned ON, it is only a fraction of the size of the output transistors **240** coupled to the match line and discharges at a fraction of the rate of transistor **240**. As a result, transistor **310***b* is able to pre-charge the dummy line at a faster rate than for the match line, as shown by plot **524** in FIG. **5**A. Thus, if there is a mismatch, then the voltage on dummy line **131***x* is higher than the voltage on match line **130***x*.

At time $T_2$, the Pch control signal is brought to logic high, which then turns OFF transistors **310***a* and **310***b*. The pre-charge is stopped at this point. If there is a match, then all N output transistors **240***a* through **240***n* are turned OFF, and the voltage on the match line is maintained at the same level, as shown by plot **512** in FIG. **5**A. In contrast, the voltage on the dummy line is continuously discharged (i.e., pulled toward $V_{SS}$) by the one dummy transistor **242***x* that is turned ON, and the voltage at node D is pulled lower as shown by plot **514** in FIG. **5**A.

Conversely, if there is a mismatch, then at least one output transistor **240** coupled to the match line will be turned ON, and the voltage on the match line is discharged by the output transistor(s) that are turned ON, as shown by plot **522** in FIG. **5**A. Since the output transistor coupled to the match line is larger than the ON dummy transistor **242***x* coupled to the dummy line, the match line is pulled toward $V_{SS}$ at a faster rate. Moreover, since the voltage on the match line is lower than that on the dummy line for a mismatch, the voltage on the match line will continue to be even much lower than that on the dummy line as both the match and dummy lines are pulled toward $V_{SS}$ starting at time $T_2$.

At time $T_3$, the En1 control signal is brought to logic high and the En2 control signal is brought to logic low. The logic high on the En1 control signal turns ON transistors **418***a* and **418***b*, and the logic low on the En2 control signal turns ON transistor **422**. These control signals enable sense circuit **410***x* by turning ON transistors **418***a*, **418***b*, and **422**.

With sense circuit **410***x* enabled, the voltages at nodes M and D are detected and the voltage difference is amplified by the pair of inverters **412***a* and **412***b* cross-coupled to provide positive feedback. Inverters **412***a* and **412***b* then drive their outputs to opposite rails, with the polarity being dependent on the sign of the detected voltage difference.

In particular, if there was a match, then the voltage on node M is higher than the voltage on node D, as shown by plots **512** and **514** in FIG. **5**A. This then turns ON transistor **416***b* more (i.e., sinks more current), which then pulls node F lower. The lower voltage on node F turns ON transistor **414***a* more and turns OFF transistor **416***a* more, which then pulls node G higher. The higher voltage on node G turns OFF transistor **414***b* more and turns ON transistor **416***b* more. In this way, the voltage at node F is pulled low toward $V_{SS}$, and the voltage at node G is pulled high toward $V_{DD}$ (i.e., the voltages at these two nodes are pulled apart and toward their respective rail voltages).

Conversely, if there was a mismatch, then the voltage on node D is higher than the voltage on node M, as shown by plots **522** and **524** in FIG. **5**A. This then turns ON transistor **416***a* more, which then pulls node G lower. Transistor **414***b* is then turned ON more, which then pulls node F higher. The voltage at node F is thus pulled toward $V_{DD}$, and the voltage

at node G is pulled toward $V_{SS}$. In a typical implementation, before the sensing the voltages of nodes D and M starts, nodes F and G are equalized as shown in FIG. 5A.

Thus, shortly after sense circuit **410**x is enabled by the En1 and En2 control signals, inverters **412**a and **412**b sense the voltage on node M relative to the voltage on node D, and the sensed difference is provided via buffers **424**a and **424**b to the Out A and Out B outputs. At time $T_4$, Out A is at logic high if there was a match and at logic low if there was a mismatch, and Out B is at logic low if there was a match and at logic high if there was a mismatch, as shown by the plots for these outputs in FIG. 5A.

After time $T_3$, transistors **418**a and **418**b are turned ON and respectively pull the voltages at nodes M and D slowly toward $V_{SS}$ because of the big capacitance from a large number of transistors coupled to these nodes.

If there was a match, then transistors **414**a and **416**b are both turned ON, and transistors **414**b and **416**a are both turned OFF. Transistor **414**a pulls node G high toward $V_{DD}$. Since transistor **416**a is turned OFF, no current conducts through inverter **412**a after node G has been pulled high. Conversely, transistor **416**b pulls node F low toward $V_{SS}$. Since transistor **414**b is turned OFF, no current conducts through inverter **412**b after node F has been pulled low. Thus, once node F has been pulled low and node G has been pulled high, transistors **418**a and **418**b are able to discharge nodes M and D, respectively, and pull these nodes to $V_{SS}$, as shown in FIG. 5A. Nodes M and D are now ready for the next sense operation in the next clock cycle. The complementary actions occur if there was a mismatch, but the voltages at nodes M and D are also pulled to $V_{SS}$.

Match line detection mechanism **400** has several advantages over the conventional detection mechanism. Detection mechanism **400** may be operated at higher speed and lower power than conventional designs. First, as shown in FIG. 5A, the voltage on the match line is compared against the voltage on the dummy line. The voltages on both the match line and dummy line may be charged to only a fraction of $V_{DD}$ (instead of $V_{DD}$) for reliable detection of the signal on the match line. This may be achieved by (1) properly designing sense circuit **410**x, (2) selecting the proper sizes for transistors **240**, **242**, and **242**x, pre-charge transistors **310**a and **310**b, and (3) providing the proper control signals that determine the times $T_2$, $T_3$, and $T_4$. Second, sense circuit **410**x is able to detect and amplify a small voltage difference between nodes M and D. And third, power consumption is reduced by limiting the signal swing to a fraction of $V_{DD}$ instead of the full $V_{DD}$, as shown in FIG. 5A. Power consumption is proportional to the square of the voltage swing, and a smaller signal swing results in lower power consumption.

FIG. 4B is a schematic diagram of a match line detection mechanism **401**, which may also be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100**b in FIG. 1B, in accordance with an embodiment of the invention. Similar to FIG. 4A, match line **130**x couples to N output transistors **240**a through **240**n for N CAM cells **122**xa through **122**xn, output transistor **240**x for dummy CAM cell **124**x, and pre-charge transistor **310**a. Match line **130**x further couples to a first P-channel pass transistor **426**b, which couples the match line to sense circuit **410**y. Sense circuit **410**y is a specific embodiment of sense circuit **410** in FIG. 3B.

Dummy line **131**x couples to N dummy transistors **242**a through **242**n for N CAM cells **122**xa through **122**xn, dummy transistor **242**x for dummy CAM cell **124**x, and pre-charge transistor **310**b. Dummy line **131**x further couples to a second P-channel pass transistor **426**a, which couples the dummy line to sense circuit **410**y.



In the specific embodiment of sense circuit [410]y shown in FIG. 4B, an N-channel transistor **418**c has a gate that couples to a Saen control signal, a source that couples to ground, and a drain that couples to the sources of transistors **416**a and **416**b. Transistors **416**a and **416**b and **418**a and **418**b are coupled as shown in FIG. 4A. However, the drains of transistors **418**a and **418**b couple directly to the upper voltage supply (e.g., $V_{DD}$).

Pass transistors **426**a and **426**b are used to respectively isolate the capacitance on the dummy and match lines from nodes D and M within sense circuit **410**y. The capacitance on each of these lines is relatively high because a number of output or dummy transistors are coupled to the line. The isolation provided by pass transistors **426**a and **426**b allows sense circuit **410**y to operate at a higher speed for sensing operation, since the internal nodes may be charged and discharged at a faster rate with reduced capacitance loading on the internal nodes.

FIG. 5B is a timing diagram for match line detection mechanism **401** in FIG. 4B. This timing diagram shows various control signals for sense circuit **410**y to detect the signal on match line **130**x, the voltages at nodes M and D and nodes F and G, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. 5B for reference.

Initially, prior to time $T_1$, the Pch control signal is at logic low, and the voltages at nodes M and D are pre-charged to $V_{DD}$. Nodes G and F are also pre-charged to $V_{DD}$ via pass transistors **426**a and **426**b, which are turned ON at this time. Near time $T_1$, the Pch control signal is brought to logic high, which then turns OFF transistors **310**a and **310**b. At approximately the same time $T_1$, the address to be compared is written to the address line, and the comparison circuits for the CAM cells are enabled. Each of the N output transistors **240** for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result.

If there is a match between the input address and the contents of the CAM cells, then all N output transistors **240**a through **240**n will be turned OFF, and the match line remains at its pre-charged level, as shown by plot **532** in FIG. 5B. In comparison, since transistor **242**x coupled to dummy line **131**x is turned ON, this transistor pulls the dummy line to a lower voltage, as shown by plot **534** in FIG. 5B. Thus, if there is a match, then the voltage on match line **130**x is higher than the voltage on dummy line **131**x. The Iso control signal is at logic low during this time, pass transistors **426**a and **426**b are turned ON, and the dummy and match lines are respectively coupled to nodes G and F of sense circuit **410**y.

At time $T_2$, the Saen control signal is brought to logic high, which then turns ON transistor **418**c and enables sense circuit **410**y. The Iso control signal is also brought to logic high, which then turns OFF pass transistors **426**a and **426**b. The differential voltage between nodes G and F are then amplified by sense circuit **410**y and Outputs A and B are provided as shown in FIG. 5B.

At time $T_3$, the Pch control signal is brought to logic low, the pre-charge transistors **310**a and **310**b are turned ON, and the dummy and match lines are pulled toward $V_{DD}$. At time $T_4$, the Saen and Iso control signals are brought to logic low, the dummy and match lines are coupled to nodes G and F, and these nodes are pulled toward $V_{DD}$ by pre-charge transistors **310**a and **310**b to get ready for the next sensing cycle.

The signal swing for the mismatch situation is also shown in FIG. 5B.

FIG. **6** is a schematic diagram of a match line detection mechanism **600**, which may be used in conjunction with CAM cells **122** and **124** in CAM unit **100***b* in FIG. 1B, in accordance with another embodiment of the invention. Similar to FIG. 4A, match line **130***x* couples to N output transistors **240***a* through **240***n* for the N CAM cells in a specific row of the CAM array and further couples to P-channel transistor **310***a*. However, the sources of output transistors **240***a* through **240***n* are coupled to node M of sense circuit **410***x* via a first common line **610***a*, which may be implemented with a metal track in the circuit layout. A row of N dummy transistors **242***a* through **242***n* and **242***x* couples to dummy line **131***x*, which further couples to P-channel transistor **310***b*. The sources of dummy transistors **242***a* through **242***n* and **242***x* are coupled to node D of sense circuit **410***x* via a second common line **610***b*.

FIG. **7** is a timing diagram for match line detection mechanism **600** in FIG. **6**. Similar to FIG. **5**, FIG. **7** shows the control signals, the voltages at nodes M and D, and the sense amplifier outputs for the match line detection. The operation of detection mechanism **600** is now described in reference to both FIGS. **6** and **7**.

The operation of sense circuit **410***x* in FIG. **6** is similar to that described above for detection mechanism **400** in FIG. 4A. Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, the Pch control signal is brought to logic low, which then turns ON transistors **310***a* and **310***b*. Near time $T_1$, each of the N output transistors **240** for the CAM cells coupled to the match line is turned ON or OFF based on its comparison result.

If there is a match, then all N output transistors **240** are turned OFF, and the voltage on common line **610***a* is maintained at $V_{SS}$, as shown by plot **712** in FIG. **7**, even though match line **130***x* is pulled toward $V_{DD}$. In contrast, the voltage on common line **610***b* is pulled toward $V_{DD}$ by the one dummy transistor **242***x* that is turned ON, as shown by plot **714** in FIG. **7**. Thus, the voltage on common line **610***b* for the dummy transistors is higher than the voltage on common line **610***a* for the output transistors for a match.

Conversely, if there is a mismatch, then at least one output transistor **240** is turned ON, and common line **610***a* is pulled toward $V_{DD}$ by the ON transistor(s), as shown by plot **722** in FIG. **7**. Since the output transistors **240** coupled to the match line are larger than the ON dummy transistor **242***x* coupled to the dummy line, the match line is pulled toward $V_{DD}$ at a faster rate. Thus, the voltage on common line **610***a* for the output transistors is higher than the voltage on common line **610***b* for the dummy transistors for a mismatch.

At time $T_2$, the Pch control signal is brought to logic high, transistors **310***a* and **310***b* are both turned OFF, and the voltages on the match line, dummy line, and common lines **610***a* and **610***b* are maintained for both the match and mismatch cases. If there was a match, then the voltage on node D is higher than the voltage on node M when transistors **310***a* and **310***b* are turned OFF, as shown by plots **712** and **714** in FIG. **7**. Conversely, if there was a mismatch, then the voltage on node M is higher than the voltage on node D when transistors **310***a* and **310***b* are turned OFF, as shown by plots **722** and **724** in FIG. **7**.

At time $T_3$, the En**1** control signal is brought to logic high, the En**2** control signal is brought to logic low, and transistors **418***a*, **418***b*, and **422** are turned ON. Inverters **412***a* and **412***b* within sense circuit **410***x* are then enabled. Inverters **412***a* and **412***b* then detect the voltage difference between nodes M and D and further amplify the detected voltage difference. If there was a match, then the voltage on node D will be higher than the voltage on node M (as shown by plots **712** and **714** in FIG. **7**), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic high and logic low, respectively, and the Out A and Out B outputs will be driven to logic low and logic high, respectively. Conversely, if there was a mismatch, then the voltage on node M will be higher than the voltage on node D (as shown by plots **722** and **724** in FIG. **7**), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic low and logic high, respectively, and the Out A and Out B outputs will be driven to logic high and logic low, respectively.



Starting at time $T_3$, transistors **418***a* and **418***b* respectively pull common lines **610***a* and **610***b* toward $V_{SS}$. Transistors **418***a* and **418***b* should be turned ON long enough to pull the voltage on these common lines to near $V_{SS}$, to prepare for the next sensing cycle.

Match line detection mechanism **600** is a different approach in comparison to match line detection mechanism **400** in FIG. 4A. Detection mechanisms **400** and **600** may be operated at a higher clock speed since it is not necessary to completely pre-charge the match line to $V_{DD}$ and also not necessary pull the match line to $V_{DD}$ or $V_{SS}$ after the pre-charge period (after the Pch signal has transitioned to logic high). This is because the differential sensing mechanism **410***x* can detect a small voltage difference between nodes D and M. Match line detection mechanisms **400** and **600** also achieve low power operation since the match line and dummy line operate with a small voltage swing rather than a full swing from $V_{SS}$ to $V_{DD}$.

The sense circuits described herein may be used to detect the signal on a match line coupled to a row of "ternary" CAM cells. A ternary CAM cell is one that includes two memory cells or storage elements, with one cell being used to store a data bit and the other cell being used to store a control bit to indicate whether or not a comparison is to be performed for that CAM cell. The additional (or secondary) cell may thus be used to selectively enable or disable the ternary CAM cell from being used in the comparison. If the ternary CAM cell is disabled, then its output does not affect the logic level on the match line to which it is coupled.

FIG. **8**A is a schematic diagram of an embodiment of a conventional ternary CAM cell **120***y*, which may be used for each of the CAM cells **120** in FIG. **1**A. CAM cell **120***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **230***y*. Memory cell **210***y* operates in similar manner as that described above for memory cell **210***x* in FIG. 2B and is used to store a single data bit. Secondary cell **250***y* is similar in design to memory cell **210***y* and is used to store a single control bit. Secondary cell **250***y* may be programmed in similar manner as for memory cell **210***y*, and may further utilize the same bit line (bl and $\overline{bl}$).

Comparison circuit **230***y* comprises a pair of N-channel transistors **232***a* and **232***b* and a pair of N-channel output transistors **240** and **241**. Transistors **232***a* and **232***b* are coupled to memory cell **210***y* in similar manner as shown in FIG. 2B for CAM cell **120***x*. Output transistors **240** and **241** are coupled in series and to cells **210***y* and **250***y*. In particular, output transistor **241** has its drain coupled to a match line **130***y* for the row to which CAM cell **120***y* belongs, its source coupled to the drain of transistor **240**, and its gate (labeled as node "K") coupled to the mask line from secondary cell **250***y*. Output transistor **240** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as node "C") coupled to the drains of transistors **232***a* and **232***b*. Output transistors **240** and **241** effectively implement a NAND gate.

Comparison circuit **230y** operates as follows. If the address bit is not the same as the stored data bit in memory cell **210y**, then node C will be at logic high to indicate a mismatch. If the control bit on the mask line is at logic high, indicating that the ternary CAM cell is enabled, then node K will also be at logic high. If nodes C and K are both at logic high, then output transistors **240** and **241** are both turned ON, and match line **130y** is pulled to logic low (e.g., toward $V_{SS}$). Otherwise, if node C is at logic low because of a match or node K is at logic low because the ternary CAM cell is disabled, then one or both of the output transistors will be turned OFF and these transistors will not actively operate on match line **130y**. Thus, comparison circuit **230y** of ternary CAM **120y** cell only pulls the match line to logic low if the CAM cell is enabled for comparison and there was a mismatch between its data bit and the address bit.

FIG. **8B** is a schematic diagram of an embodiment of a ternary CAM cell **122y**, which may be used for each of the CAM cells **122** in FIG. 1B. CAM cell **120y** includes a memory cell **210y**, a secondary cell **250y**, and a comparison circuit **231y**. Memory cell **210y** and secondary cell **250y** operate in similar manner as that described above for ternary CAM cell **120y** in FIG. **8A**, and are used to store a single data bit and a single control bit, respectively. Comparison circuit **231y** comprises the pair of N-channel transistors **232a** and **232b** and the pair of N-channel output transistors **240** and **241**, which are coupled in similar manner as described above in FIG. **8A**. Comparison circuit **231y** further comprises a pair of N-channel dummy transistors **242** and **243**, which are coupled in series and to dummy line **131y**. In particular, dummy transistor **243** has its drain coupled to dummy line **131y** for the row to which CAM cell **120y** belongs, its source coupled to the drain of transistor **242**, and its gate (labeled as node "$\overline{Ki}$") coupled to the inverted mask output of secondary cell **250y**. Dummy transistor **242** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as node "Ki") coupled to the mask output of secondary cell **250y**. Dummy transistors **242** and **243** provide the proper loading for dummy line **131y**. Dummy transistors **242** and **243** have similar physical dimension as output transistors **240** and **241**. In an embodiment, dummy transistors **242** and **243** are located near output transistors **240** and **241** and are oriented in the same direction. The output of the pair of dummy transistors **242** and **243** is always OFF since the gate inputs are complementary.

FIG. **8C** is a schematic diagram of an embodiment of a dummy ternary CAM cell **124y**, which may be used for each of the dummy CAM cells **124** in FIG. 1B. Dummy CAM cell **124y** includes a memory cell **210y**, a secondary cell **250y**, and a comparison circuit **233y**. Memory cell **210y** and secondary cell **250y** operate in similar manner as that described above for ternary CAM cell **120y** in FIG. **8A**, and are used to store a single data bit and a single control bit, respectively.

Comparison circuit **233y** includes circuitry used to drive match line **130y** and dummy line **131y**. In particular, comparison circuit **233y** comprises transistors **232a**, **232b**, and output transistors **240x** and **241x** coupled in the manner described above with reference to FIG. **8A** and used to drive match line **130y**. Comparison circuit **233y** further comprises a second pair of N-channel transistors **234a** and **234b** and a second pair of output transistors **242x** and **243x** used to drive dummy line **131y**. Transistors **234a** and **234b** and output transistors **242x** and **243x** are coupled in similar manner as transistors **232a** and **232b** and output transistors **240x** and **241x** for the match line, except that the gates of transistors **234a** and **234b** couple to the data line (d) and the complementary data line ($\overline{d}$), respectively.

The output of the pair of transistors **240x** and **241x** and the output of the pair of transistors **242x** and **243x** are complementary. When the output of transistor pair **240x** and **241x** is OFF, the output of transistor pair **242x** and **243x** is ON and pulls down the dummy line with fraction of the speed as that of the match line if there is at least one bit mismatch. Conversely, when the output of transistor pair **242x** and **243x** is OFF, the dummy line will not be pulled down. But the output of transistor pair **240x** and **241x** will be ON and the match line will be pulled down. This would then indicate a mismatch and this row is disabled.

FIG. 9A is a schematic diagram of a match line detection mechanism **900**, which may be used in conjunction with ternary CAM cells **122y** and **124y** in CAM unit **100b** in FIG. 1B, in accordance with yet another embodiment of the invention. Similar to FIG. 4A, a match line **130y** couples to N pairs of output transistors **240a** and **241a** through **240n** and **241n** for the N ternary CAM cells **124ya** through **124yn** and also to transistors **240x** and **241x** for dummy CAM cell **124y** in a specific row of the CAM array. The gates of output transistors **240a** through **240n** couple to the comparison circuit outputs (labeled as C1 through CN) for the N ternary CAM cells, and the gates of output transistors **241a** through **241n** couple to the mask outputs (labeled as K1 through KN) of the secondary cells for the N ternary CAM cells. The gates of output transistors **240x** and **241x** respectively couple to the comparison circuit outputs (labeled as Cd) and the secondary cell inverted mask output (labeled as $\overline{Kd}$) for dummy ternary CAM cell **124y**. Match line **130y** further couples to P-channel transistor **310a** and a first input of a sense circuit **410y**, which is used to sense the signal on the match line.

Dummy line **131y** couples to N pairs of dummy transistors **242a** and **243a** through **242n** and **243n** for the N ternary CAM cells **124ya** through **124yn** and also to transistors **242x** and **243x** for dummy CAM cell **124y** within the same row as the associated match line **130y**. The gates of dummy transistors **242a** through **242n** couple to the inverted mask outputs of the secondary cells, and the gates of dummy transistors **243a** through **243n** couple to the mask outputs of the secondary cells. With this connection, the N pairs of dummy transistors **242a** and **243a** through **242n** and **243n** are always turned OFF. The gates of dummy transistors **242x** and **243x** are respectively coupled to the comparison circuit complementary output (labeled as $\overline{Cd}$) and the mask output (labeled as Kd) for dummy ternary CAM cell **124y**. This dummy transistor pair is turned ON. Again, transistors **242x** and **243x** are dimensioned to be a fraction (e.g., half) of the size of the other output transistors. Dummy line **131y** further couples to P-channel transistor **310b** and the second input (node D) of a sense circuit **410y**.

In the specific embodiment shown in FIG. 9A, sense circuit **410x** includes inverters **412a** and **412b**, N-channel transistors **418a** and **418b**, P-channel transistor **422**, and inverting buffers **424a** and **424b**, which are coupled together as described above for sense circuit **410x** in FIG. **4A**.

Sense circuit **410x** may be used to detect the signal on match line **130y** in similar manner as that described above for detection mechanism **400** in FIG. **4A** and shown by the timing diagram in FIG. **5**.

FIG. 9B is a schematic diagram of a match line detection mechanism **901**, which may also be used in conjunction with ternary CAM cells **122y** and **124y** in CAM unit **100b**. Match line detection mechanism **901** is similar to match line detection mechanism **900** in FIG. 9A. However, match line

130*y* further couples to P-channel pass transistor 426*b* and dummy line 131*y* further couples to P-channel pass transistor 426*a*. Pass transistors 426*a* and 426*b* respectively couple the dummy and match lines to sense circuit 410*y*, similar to the embodiment shown in FIG. 4B. The operation of match line detection mechanism 901 is as described above for FIGS. 4B and 9A.

FIG. 10 is a schematic diagram of a match line detection mechanism 1000, which may be used in conjunction with ternary CAM cells 122*y* and 124*y* in CAM unit 100*b* in FIG. 1B, in accordance with yet another embodiment of the invention. Similar to FIGS. 6 and 9, match line 130*y* couples to N pairs of output transistors 240*a* and 241*a* through 240*n* and 241*n* for the N ternary CAM cells 122 and also to output transistors 240*x* and 241*x* for the dummy ternary CAM cell 124 in a specific row of the CAM array. However, the sources of output transistors 241*a* through 241*n* are coupled to node M of sense circuit 410*y* via first common line 610*x*. Similarly, the sources of dummy transistors 242*a* through 242*n* are coupled to node D of sense circuit 410*y* via second common line 610*y*.

FIG. 10 also shows an embodiment of a sense circuit 410*y*. Sense circuit 410*y* includes inverters 412*a* and 412*b*, N-channel transistors 418*a* and 418*b*, P-channel transistor 422, and inverting buffers 424*a* and 424*b*, which are coupled together as described above for sense circuit 410*x* in FIG. 4A. Sense circuit 410*y* further includes an N-channel transistor 420, a P-channel transistor 430, and an inverter 432. P-channel transistor 430 is coupled in parallel with N-channel transistor 420. The sources of transistors 420 and 430 couple to node F, the drains of transistors 420 and 430 couple to node G, the gate of transistor 420 couples to the input of inverter 432, and the gate of transistor 430 couples to the output of inverter 432. The input of inverter 432 couples to an En3 control signal. Transistors 420 and 430 form a switch that shorts out nodes F and G when enabled by the En3 control signal. The transistors 420 and 430 are used to equalize nodes G and F in each cycle before a match comparison. In a typical implementation of all the above embodiments, these two transistors will be provided to equalize nodes F and G before each match comparison.

Sense circuit 410*y* may be used to detect the signal on common line 610*x* in similar manner as that described above for detection mechanism 600 in FIG. 6 and shown by the timing diagram in FIG. 7. Sense circuit 410*y* may also be used for match line detection mechanisms 400, 600, and 900.

For clarity, specific designs of the sense circuit have been described herein. Various modifications to these circuit designs may also be made, and this is within the scope of the invention. For example, for sense circuit 410*x*, inverters 412*a* and 412*b* may be coupled to match line 130*x* or common line 610*x* via some other configuration, and so on.

The specific timing diagrams shown in FIGS. 5 and 7 are also provided to illustrate the operation of the sense circuit and the match line detection. Variations to the timing shown in FIGS. 5 and 7 may also be made, and this is within the scope of the invention. For example, the En1 control signal may be brought to logic high at time $T_2$ when the Pch control signal is brought to logic high.

The sense circuits and match line detection mechanisms described herein may be used to provide a CAM array having faster speed of operation and lower power consumption. These circuits may also be used for other types of memory (e.g., dynamic random access memory or DRAM), and other integrated circuits (e.g., microprocessors, controllers, and so on).

The circuits described herein may also be implemented in various semiconductor technologies, such as CMOS, bipolar, bi-CMOS, GaAs, and so on.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

1. A content addressable memory (CAM) cell comprising:
   - a memory cell operable to store a bit value; and
   - a comparison circuit coupled to the memory cell and configured to detect the bit value stored in the memory cell, the comparison circuit including
     - an output transistor coupled to a match line and configured to provide a drive for the match line based on the detected bit value, and
     - a dummy transistor coupled to a dummy line and configured to provide a drive for the dummy line based on an inverted detected bit value, wherein the match line and dummy line are used to detect output values provided by other CAM cells also coupled to the match and dummy lines.

2. The CAM cell of claim 1, wherein the comparison circuit further includes
   - a first pair of transistors configured to receive the detected bit value and provide a drive for the output transistor, and
   - a second pair of transistors configured to receive the inverted detected bit value and provide a drive for the dummy transistor.

3. The CAM cell of claim 1, wherein the dummy transistor has a smaller dimension and less current flowing through than the output transistor and is located in close proximity to the output transistor.

4. The CAM cell of claim 3, wherein the dummy transistor is approximately half the dimension of the output transistor and is turned ON during sensing operation.

5. A content addressable memory (CAM) cell comprising:
   - a memory cell operable to store a data bit value;
   - a secondary cell operable to store a control bit value and a complementary control bit value; and
   - a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value and the complementary control bit value stored in the secondary cell, the comparison circuit including
     - a pair of output transistors coupled to a match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value, and
     - a pair of dummy transistors coupled to a dummy line and configured to provide a drive for the dummy line based on the detected control bit value and the detected complementary control bit value,
   - wherein the match line and the dummy line are used to detect an output value provided by the CAM cell.

6. The CAM cell of claim 5, wherein the dummy transistors have similar dimensions and orientation as the output transistors and located in close proximity to the output transistors.

7. The CAM cell of claim 5, wherein an output of the pair of dummy transistors are OFF during sensing operation.

8. A content addressable memory (CAM) cell comprising:

a memory cell operable to store a data bit value;

a secondary cell operable to store a control bit value; and

a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value stored in the secondary cell, the comparison circuit including

a pair of output transistors coupled to a match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value, and

a pair of dummy transistors coupled to a dummy line and configured to provide a drive for the dummy line based on an inverted detected data bit value and the detected control bit value.

9. The CAM cell of claim 8, wherein the comparison circuit further includes

a first pair of transistors configured to receive the detected data bit value and provide a drive for a first output transistor, and

a second pair of transistors configured to receive the inverted detected bit value and provide a drive for a first dummy transistor.

10. The CAM cell of claim 8, wherein the dummy transistors have smaller dimension and less current flowing through than the output transistors, are located in close proximity to the output transistors, and are turned ON during sensing operation.

11. The CAM cell of claim 10, wherein the dummy transistors are approximately half the dimension of the output transistors.

12. A sense circuit for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

a plurality of dummy transistors operative to provide a reference signal;

a first amplifier having an input operatively coupled to the match line, wherein the match line is coupled to a plurality of output transistors for a plurality of CAM cells, each output transistor providing an output value indicative of a comparison result for a respective CAM cell; and

a second amplifier having an input configured to receive the reference signal, wherein the first and second amplifiers are coupled in a positive feedback configuration and operative to amplify a difference between a signal on the match line and the reference signal,

wherein the plurality of output transistors are N-channel transistors having drains that couple to the match line and sources that couple to a first common line, and wherein the input of the first amplifier is coupled to the first common line.

13. The sense circuit of claim 12, wherein the plurality of dummy transistors are N-channel transistors having drains that couple to a dummy line and sources that couple to a second common line, and wherein the input of the second amplifier is coupled to the second common line.

14. The sense circuit of claim 13, wherein the match line and the dummy line are pre-charged prior to being sensed by the sense circuit.

15. A sense circuit for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

a plurality of dummy transistors operative to provide a reference signal;

a first amplifier having an input operatively coupled to the match line, wherein the match line is coupled to a plurality of pairs of output transistors for a plurality of CAM cells, each pair of output transistors providing an output value indicative of a comparison result for a respective CAM cell; and

a second amplifier having an input configured to receive the reference signal, wherein the first and second amplifiers are coupled in a positive feedback configuration and operative to amplify a difference between a signal on the match line and the reference signal,

wherein each pair of output transistors comprises a pair of series-coupled N-channel transistors having one drain coupled to the match line and one source coupled to a first common line, and wherein the input of the first amplifier is coupled to the first common line.

16. The sense circuit of claim 15, wherein the plurality of dummy transistors comprise a plurality of pairs of series-coupled N-channel dummy transistors, each pair of dummy transistors having one drain coupled to a dummy line and one source coupled to a second common line, and wherein the input of the second amplifier is coupled to the second common line.

17. A method for sensing a logic state of a match line in a content addressable memory (CAM), comprising:

sensing a signal on a first common line, wherein the signal on the first common line is related to a signal on the match line;

providing a reference signal on a second common line based on a plurality of dummy transistors;

determining a difference between the sensed signal on the first common line and the reference signal on the second common line;

amplifying the determined difference with a positive feedback amplifier; and

providing an output value indicative of the logic state of the match line based on the amplified difference.

* * * * *

# Exhibit C

US006999331B2

(12) **United States Patent**
**Huang**

(10) **Patent No.:** **US 6,999,331 B2**
(45) **Date of Patent:** **Feb. 14, 2006**

(54) **CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)**

(76) Inventor: **Xiaohua Huang**, 12897 Regan La., Saratoga, CA (US) 95070

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 86 days.

(21) Appl. No.: **10/789,661**

(22) Filed: **Feb. 27, 2004**

(65) **Prior Publication Data**

US 2004/0228156 A1 Nov. 18, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/202,621, filed on Jul. 24, 2002, now Pat. No. 6,744,653.

(60) Provisional application No. 60/327,049, filed on Oct. 4, 2001.

(51) **Int. Cl.**
*G11C 15/00* (2006.01)

(52) **U.S. Cl.** ........................ **365/49**; 365/207; 365/210; 711/108

(58) **Field of Classification Search** .................. 365/49, 365/207, 210; 711/108
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,162,681 A | | 11/1992 | Lee | 327/53 |
| 5,446,686 A | | 8/1995 | Bosnyak et al. | 365/49 |
| 5,598,115 A | | 1/1997 | Holst | 326/119 |
| 6,195,277 B1 | | 2/2001 | Sywyk et al. | 365/49 |
| 6,307,798 B1 | | 10/2001 | Ahmed et al. | 365/207 |
| 6,373,738 B1 | * | 4/2002 | Towler et al. | 365/49 |
| 6,442,054 B1 | | 8/2002 | Evans et al. | 365/49 |
| 6,744,653 B1 | | 6/2004 | Huang | 365/49 |

* cited by examiner

*Primary Examiner*—Anh Phung
*Assistant Examiner*—J. H. Hur

(57) **ABSTRACT**

A dummy Content-addressable memory (CAM) cell and a dummy Ternary Content-addressable memory (TCAM) cell are connected to each row in a CAM and a ternary CAM array, respectively, to enable a differential match line sensing based on the content stored. The ternary content-addressable memory (TCAM) cell is for a differential match line sensing in low power applications. A method includes generating a voltage difference between match line signal and a reference line signal, and then detecting and amplifying the voltage difference to determine a match or a mismatch.

**9 Claims, 18 Drawing Sheets**









FIG. 1A (---Prior Art---)


100b
110b
150b
Sense Circuits
Out 1
Out 2
Out M
122aa
122ab
122an
122ba
122bb
122bn
122ma
122mb
122mn
124a
124b
124m
CAM cell
Dummy CAM cell
match 1
match 2
match M
dummy 1
dummy 2
dummy M
130a
130b
130m
131a
131b
131m
132a
132b
132n
132x
mbl x $\overline{\text{mbl}}$ x
mbl 1 $\overline{\text{mbl}}$ 1
mbl 2 $\overline{\text{mbl}}$ 2
mbl N $\overline{\text{mbl}}$ N

*FIG. 1B*




FIG. 2B (---Prior Art---)




FIG. 2A (---Prior Art---)




FIG. 2C (---Prior Art---)


122x
210x
222
wl
VDD
VDD
212a
214a
214b
212b
224a
218a
218b
224b
220a
220b
216a
216b
bl
d
d
bl
232a
232b
match
130x
Ci
1
132xa
132xb
240
mbl
mbl
dummy
131x
Ci
1
231x
242

FIG. 2D



124x
210x
222
wl
VDD
VDD
212a
214a
214b
212b
224a
218a
218b
224b
220a
220b
216a
216b
bl
d
d
bl
232a
232b
match
130x
Cd
1
240x
132xa
132xb
234a
234b
dummy
131x
Cd
x
smaller size
mbl
mbl
242x
233x


FIG. 2E




FIG. 3A




FIG. 3B




FIG. 3C


400
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
VDD
422
En2
M
Out A
424a
412a
414a
F
416a
418a
122xn
240n
1
CN
CAM Cell N
242n
match
130x
dummy
131x
122xa
240a
C1
CAM Cell 1
242a
124x
240x
Cd
Dummmy CAM Cell
242x
x
VDD
310a
Pch
VDD
310b
Pch

FIG. 4A


401
410y
Out B
424b
412b
414b
G
416b
Saen
418c
$V_{DD}$
412a
414a
F
416a
Out A
424a
426a
426b
Iso
M
D
122xn
240n
1
CN
CAM
Cell N
242n
match
130x
dummy
131x
122xa
240a
C1
CAM
Cell 1
242a
124x
240x
Cd
Dummmy
CAM
Cell
242x
x
$\overline{Cd}$
310a
310b
Pch

FIG. 4B



Clock
Pch
En1
En2
M
D
Match
512
514
Vss
M
D
Mismatch
524
522
Vss
Out A
Out A/B Match
Out B
Out B
Out A/B Mismatch
Out A
T1
T2
T3
T4
T5


FIG. 5A



Clock
Pch
Cd
Saen
Iso
M
D
Match
532
534
VDD
VSS
G
F
542
544
Out A/B
Out A
Out B
M
D
Mismatch
553
554
G
F
564
562
Out A/B
Out B
Out A
T1
T2
T3
T4
T5


FIG. 5B


600
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
VDD
422
En2
412a
414a
F
416a
M
418a
Out A
424a
122xn
240n
1
CN
CAM Cell N
242n
match
130x
610a
dummy
131x
610b
122xa
240a
C1
CAM Cell 1
242a
124x
240x
Cd
Dummmy CAM Cell
242x
x
Cd
310a
Pch
310b

FIG. 6



Clock
Pch
En1
En2
M
D
Match
714
712
Vss
M
D
Mismatch
722
724
Vss
Out B
Out A/B
Match
Out A
Out A
Out A/B
Mismatch
Out B
T1
T2
T3
T4
T5


FIG. 7




FIG. 8A (Prior Art)


122y
250y
mask
mask
match
dummy
mbl
231y
Ki
241
Ci
240
Ki
243
Ki
242
bl
d
232b
210y
232a
130y
131y
d
bl
mbl

FIG. 8B


124y
250y
mask
$\overline{mask}$
210y
bl
d
$\overline{d}$
$\overline{bl}$
match
130y
dummy
131y
$\overline{mbl}$
233y
1
1
x
x
Kd
241x
Cd
240x
Kd
243x
$\overline{Cd}$
242x
232b
232a
234b
234a
mbl

FIG. 8C


900
410x
Out B
424b
412b
414b
G
416b
En1
418b
D
VDD
422
En2
M
412a
414a
F
416a
418a
Out A
424a
124yn
241n
KN
240n
CN
1
Ternary CAM Cell N
243n
242n
KN
match
130y
dummy
131y
124ya
241a
K1
240a
C1
Ternary CAM Cell 1
243a
242a
124y
241x
Kd
240x
Cd
Dummmy CAM Cell
243x
242x
x
VDD
310a
Pch
310b

FIG. 9A


901
410y
Out B
424b
412b
414b
G
416b
Saen
418c
VDD
412a
414a
F
416a
Out A
424a
426a
426b
Iso
M
D
124yn
241n
240n
KN
CN
Ternary CAM Cell N
243n
242n
KN
match
130y
dummy
131y
124ya
241a
240a
K1
C1
Ternary CAM Cell 1
243a
242a
124y
241x
240x
Kd
Cd
Dummmy CAM Cell
243x
242x
VDD
310a
Pch
310b

FIG. 9B



1000
410y
Out B
424b
432
En3
En1
412b
414b
G
416b
418b
D
$V_{DD}$
422
430
420
M
En2
412a
414a
F
416a
418a
Out A
424a
122yn
241n
240n
KN
CN
Ternary
CAM
Cell N
243n
242n
match
130y
610a
dummy
131y
610b
122ya
241a
240a
K1
C1
Ternary
CAM
Cell 1
243a
242a
124y
241x
240x
Kd
Cd
Dummmy
Ternary
CAM
Cell
243x
242x
$V_{DD}$
310a
Pch
310b


FIG. 10

# CAM CELLS AND DIFFERENTIAL SENSE CIRCUITS FOR CONTENT ADDRESSABLE MEMORY (CAM)

This application is a continuation of Ser. No. 10/202,621 filed Jul. 24, 2002, now U.S. Pat. No. 6,744,653, which claims the benefit of provisional U.S. Application Ser. No. 60/327,049, entitled "High-Speed and Low Power Content Addressable Memory (CAM) Sensing Circuits," filed Oct. 4, 2001, which is incorporated herein by reference in its entirety for all purposes.

## BACKGROUND OF THE INVENTION

The present invention relates generally to semiconductor circuits, and more specifically to CAM cells and high speed and low power sense circuits for content addressable memory.

A content addressable memory (CAM) is a memory having an array of memory cells that can be commanded to compare all or a subset of the "entries" in the array against an input address. Each entry in the CAM array corresponds to the content of the cells in a particular row of the array. Each row of the array is further associated with a respective match line, which is used as a status line for the row. All or a portion of the CAM array may be compared in parallel to determine whether or not the input address matches any of the entries in the portion selected for comparison. If there is a match to an entry, then the match line for the corresponding row is asserted to indicate the match. Otherwise, the match line is de-asserted to indicate a mismatch (which may also be referred to as a "miss"). Typically, any number of match lines may be asserted, depending on the entries in the array and the input address.

In a typical CAM design, the comparison between a bit of the input address and the content of a CAM cell is performed by a comparison circuit included in the cell. The comparison circuits for all cells in each row may then be coupled to the match line for the row. For simplicity, the comparison circuits may be designed such that a wired-OR operation is implemented for the outputs from all comparison circuits coupled to any given match line. In one common design, the output for each comparison circuit is formed by the drain of an N-channel output transistor. This output transistor is turned ON if there is a mismatch between the input address bit and the memory cell content and is turned OFF otherwise. The match line may be pre-charged to a logic high prior to each comparison operation, and would thereafter remains at logic high only if all output transistors for the row are turned OFF, which would be the case if there is a match between all bits of the entry for the row and the input address. Otherwise, if at least one output transistor is turned ON due to a mismatch, then the match line would be pulled low by these transistors. The signal (or voltage) on the match line may thereafter be sensed or detected to determine whether or not there was a match for that row.

The conventional CAM cell and CAM sensing mechanism described above, though simple in design, have several drawbacks that affect performance. First, speed may be limited by the wired-OR design of the match line, if some speed-enhancing techniques are not employed. Each row may include a large number of cells (e.g., possibly 100 or more cells). In this case, if only one bit in the entire row does not match, then only one output transistor will be turned ON and this transistor will need to pull the entire match line low (e.g., from $V_{DD}$ to $V_{SS}$). A long time (i.e., $t=C\cdot V_{DD}^2/I$, where C is the capacitance of each entire match line and I is the



current of each transistor) may then be required to discharge the line, which would then limit the speed at which the CAM array may be operated. Second, excessive power may be consumed by the CAM design described above. Typically, only one row will match the input address, and all other rows will not match. In this case, all but one match line will be pulled to logic low (e.g., to $V_{SS}$) by the output transistors that are turned ON due to mismatches. The power consumed may then be computed as $(M-1)\cdot C\cdot V_{DD}^2$, where (M−1) is the number of mismatched rows, C is the capacitance of each match line, and $V_{DD}$ is the voltage swing of the match line during discharge.

As can be seen, there is a need for CAM cells and sense circuits that can ameliorate the shortcomings related to speed and power in the conventional design.

## SUMMARY OF THE INVENTION

The invention provides CAM cell designs having improved performance over a conventional design. The invention further provides techniques to detect the signal (or voltage) on a match line coupled to a number of CAM cells and having faster speed of operation and possibly lower power consumption.

In an aspect, a content addressable memory (CAM) cell is provided having improved performance. The CAM cell includes a memory cell operable to store a bit value and a comparison circuit configured to detect the bit value stored in the memory cell. The comparison circuit includes (1) an output transistor coupled to a match line and configured to provide a drive for the match line based on the detected bit value, and (2) a dummy transistor coupled to a dummy line. The match line and dummy line are used to detect an output value provided by the CAM cell. In an embodiment, the dummy transistor (1) has similar dimension as the output transistor, (2) is located in close proximity to the output transistor, and (3) is turned OFF during sensing operation. The dummy transistor is used to achieve low voltage swing (small signal) sensing and provides for low power and high-speed operation.

In another aspect, a sense circuit is provided for sensing a logic state of a match line in a content addressable memory (CAM). The sense circuit includes a pair of amplifiers cross-coupled in a positive feedback configuration. The first amplifier has one input operatively coupled to the match line, and the second amplifier has one input operative to receive a reference signal. The match line is driven by a number of output transistors for a row of CAM cells. The reference signal is generated based on a row of dummy transistors that are similarly arranged as the output transistors. When enabled, the amplifiers detect the difference between the signals on the match line and the reference signal and further amplify the detected difference such that the logic value on the match line may be ascertained. The sense circuit may further include (1) a pair of pass transistors operatively coupled to the pair of amplifiers and used to enable the sense circuit, and (2) a switch coupled between outputs/inputs of the cross-coupled amplifiers and used to reset the amplifiers prior to each match line sense cycle. In a specific implementation, the first and second amplifiers may each be implemented as an inverter with gain (e.g., a P-channel transistor coupled in series with an N-channel transistor).

The match line is coupled to the output transistors for the row of CAM cells and may further be coupled directly to one input of the first amplifier. The dummy transistors couple to a dummy line that may further be coupled directly to one

input of the second amplifier. Alternatively, the output transistors may also couple to a first common line that is coupled to the input of the first amplifier. In this case, the dummy transistors would similarly couple to a second common line that is coupled to the input of the second amplifier.

Various other aspects, embodiments, and features of the invention are also provided, as described in further detail below.

The foregoing, together with other aspects of this invention, will become more apparent when referring to the following specification, claims, and accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit;

FIG. 1B is a block diagram of a CAM unit wherein certain aspects and embodiments of the invention may be implemented;

FIGS. 2A, 2B, and 2C are respectively a block diagram, a schematic diagram, and a logic diagram for an embodiment of a conventional CAM cell;

FIG. 2D is a schematic diagram of a binary CAM cell having improved performance;

FIG. 2E is a schematic diagram of a dummy binary CAM cell;

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line;

FIG. 3B is a block diagram of a sense circuit;

FIG. 3C is a schematic diagram of an embodiment of a sense circuit that may be used to detect the signal on a match line;

FIGS. 4A and 4B are schematic diagrams of an embodiment of two match line detection mechanisms;

FIGS. 5A and 5B are timing diagrams for the match line detection mechanisms shown in FIGS. 4A and 4B, respectively;

FIG. 6 is a schematic diagram of another embodiment of a match line detection mechanism;

FIG. 7 is a timing diagram for the match line detection mechanism shown in FIG. 6;

FIG. 8A is a schematic diagram of an embodiment of a conventional ternary CAM cell;

FIG. 8B is a schematic diagram of a ternary CAM cell having improved performance;

FIG. 8C is a schematic diagram of a dummy ternary CAM cell; and

FIGS. 9A, 9B, and 10 are schematic diagrams of three match line detection mechanisms for ternary CAM cells.

## DESCRIPTION OF THE SPECIFIC EMBODIMENTS

FIG. 1A is a block diagram of a conventional content addressable memory (CAM) unit **100**a. CAM unit **100**a includes a CAM array **110**a coupled to sense circuits **150**a. CAM array **110**a is a two-dimensional array of M rows by N columns of CAM cells **120**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** that couples to all CAM cells in the row and further couples to sense circuits **150**a.

Each of the N columns of the CAM array is associated with a specific bit position of an N-bit input address. A differential address line **132** is provided for each address bit and couples to all cells in the corresponding column of the CAM array. In this way, each bit of the N-bit input address may be compared with each of the M bits stored in the M cells in the corresponding column. The N-bit input address may thus be provided to all M rows of the CAM array and simultaneously compared against all entries in the array.

Typically, before performing the comparison between the input address and the entries in the CAM array, the M match lines for the M rows of the array are pre-charged to logic high (e.g., $V_{DD}$). For each row, if any cell in the row is not matched to the corresponding address bit, then the output transistor for that cell is turned ON and the match line is pulled to logic low (e.g., $V_{SS}$). Thus, for any given row, the match line remains at logic high (i.e., not pulled to $V_{SS}$) only if the output transistors for all N cells in the row are turned OFF, which only occurs if each bit for the input address matches the bit in the corresponding cell of the row. The match line for each row is thus at logic high for a match between the entry in that row and the input address, and is at logic low if there is no match (i.e., a mismatch) between the entry and the input address.

FIG. 1B is a block diagram of a CAM unit **100**b having improved performance. CAM unit **100**b includes a CAM array **110**b coupled to sense circuits **150**b. CAM array **110**b is a two-dimensional array of M rows by N columns of CAM cells **122**. Each row of the CAM array includes N cells that collectively store data for an entry in the array. Each row is further associated with a respective match line **130** and a dummy line **131** that couple to all CAM cells in the row and further couples to sense circuits **150**.

CAM array **110**b further includes a column of M dummy CAM cells **124**, one dummy CAM cell for each row. Dummy CAM cells **124** allow for differential detection of the values stored in CAM cells **122**, which are provided on match lines **130** and dummy lines **131**, as described in further detail below.

FIG. 2A is a simple representation for a CAM cell **120**x, which is one of many CAM cells **120** in FIG. 1A. CAM cell **120**x receives a differential address line, mbl and $\overline{\text{mbl}}$, for a single bit of the input address and further couples to a single match line for one row of the CAM array.

FIG. 2B is schematic diagram of a specific design of CAM cell **120**x, which may be used for each of the CAM cells **120** in FIG. 1A. CAM cell **120**x includes a memory cell **210**x coupled to a comparison circuit **230**x. Memory cell **210**x (which may also be referred to as a storage element or storage cell) is used to store a single bit value. Comparison circuit **230**x is used to compare the stored bit value against an address bit.

As shown in FIGS. 2A and 2B, memory cell **210**x comprises a pair of cross-coupled inverters **212**a and **212**b. Each inverter **212** is formed by a P-channel transistor **214** coupled to an N-channel transistor **216**, as shown in FIG. 2B. The gates of transistors **214** and **216** couple together and form the input of the inverter, and the drains of these transistors similarly couple together and form the output of the inverter. The output of inverter **212**a couples to the input of inverter **212**b, the drain of an N-channel transistor **218**a, and a complementary data line ($\bar{\text{d}}$) **220**a. Similarly, the output of inverter **212**b couples to the input of inverter **212**a, the drain of an N-channel transistor **218**b, and a data line (d) **220**b. The gates of transistors **218**a and **218**b couple to a word line (wl), the source of transistor **218**a couples to a complementary bit line ($\overline{\text{bl}}$) **224**a, and the source of transistor **218**b couples to a bit line (bl) **224**b.

A data bit may be stored to memory cell **210**$x$ as follows. Initially, word line **222** is pulled to logic high to turn ON either transistor **218**$a$ or **218**$b$. The logic value on the differential bit line ($\overline{bl}$ and bl) is then stored to the memory cell and maintained by inverters **212**$a$ and **212**$b$. For example, if the complementary bit line ($\overline{bl}$) is at logic low and the bit line (bl) is at logic high, then transistor **218**$a$ is turned ON and transistor **218**$b$ is turned OFF. The complementary data line ($\overline{d}$) is then pulled to logic low, which then causes the output of inverter **212**$b$ to transition to logic high. This then turns ON transistor **216**$a$ and causes the output of inverter **212**$a$ to transition to logic low. After the bit value has been written to memory cell **210**$x$, the word line is brought to logic low and the value is maintained by inverters **212**$a$ and **212**$b$ via a positive feedback mechanism. The process to store a bit of the opposite logic value proceeds in a complementary manner.

Comparison circuit **230**$x$ comprises a pair of N-channel transistors **232**$a$ and **232**$b$ and an N-channel output transistor **240**. Transistors **232**$a$ and **232**$b$ have gates that couple to data lines **220**$a$ and **220**$b$, respectively, sources that couple to an address line (mbl) **132**$xa$ and a complementary address line ($\overline{mbl}$) **132**$xb$, respectively, and drains that couple together and to the gate of transistor **240**. The source of transistor **240** couples to circuit ground (e.g., $V_{SS}$) and the drain of transistor **240** couples to a match line **130**$x$ for the row to which CAM cell **120**$x$ belongs.

Comparison circuit **230**$x$ operates as follows. If the address bit is not the same as the stored bit in memory cell **210**$x$, then the value on address line (mdl) **132**$xa$ is the same as the value on complementary data line ($\overline{d}$) **220**$a$, and the value on complementary address line ($\overline{mbl}$) **132**$xb$ is the same as the value on data line (d) **220**$b$. In this case, node C will be at logic high (i.e., a high voltage level), and transistor **240** will be turned ON to indicate a mismatch. Alternatively, if the input address is the same as the stored bit in memory cell **210**$x$, then node C will then be pulled to logic low by either transistor **232**$a$ or **232**$b$, and output transistor **240** will be turned OFF to indicate a match. The ON state for output transistor **240** thus indicates a mismatch and the OFF state indicates a match.

FIG. 2C is a logical representation for memory cell **210**$x$. Inverters **212**$a$ and **212**$b$ are cross-coupled so that the output of one inverter drives the input of the other inverter. Inverters **212**$a$ and **212**$b$ are thus coupled in a positive feedback circuit configuration. Transistors **218**$a$ and **218**$b$ act as switches that can be selectively turned ON to store a data value, which is then maintained by inverters **212**$a$ and **212**$b$.

FIG. 2D is schematic diagram of a specific design of a CAM cell **122**$x$, which may be used for each of the CAM cells **122** in FIG. 1B. CAM cell **122**$x$ includes a memory cell **210**$x$ coupled to a comparison circuit **231**$x$. Memory cell **210**$x$ is used to store a single data bit value, and is described above with reference to FIG. 2B.

Comparison circuit **231**$x$ comprises a pair of N-channel transistors **232**$a$ and **232**$b$ and an N-channel output transistor **240** used to drive match line **130**$x$. These transistors are described above with reference to FIG. 2B. Comparison circuit **231**$x$ further comprises a dummy N-channel output transistor **242** used to provide the proper loading for dummy line **131**$x$. The gate of dummy transistor **242** is coupled to logic low, and the dummy transistor is turned OFF. Dummy transistor **242** has a physical dimension that is the same as output transistor **240**. In an embodiment, dummy transistor **242** is located near output transistor **240** and is oriented in the same direction.

FIG. 2E is schematic diagram of a specific design of a dummy CAM cell **124**$x$, which may be used for each of the dummy CAM cells **124** in FIG. 1B. Dummy CAM cell **124**$x$ includes a memory cell **210**$x$ coupled to a comparison circuit **233**$x$. Memory cell **210**$x$ is used to store a single data bit value, and is described above with reference to FIG. 2B. Comparison circuit **233**$x$ includes circuitry used to drive match line **130**$x$ and dummy line **131**$x$. In particular, comparison circuit **233**$x$ comprises transistors **232**$a$, **232**$b$, and **240**$x$ coupled in the manner described above with reference to FIG. 2B and used to drive match line **130**$x$. Comparison circuit **233**$x$ further comprises a pair of N-channel transistors **234**$a$ and **234**$b$ and an N-channel output transistor **242**$x$ used to drive dummy line **131**$x$.

Transistors **234**$a$, **234**$b$, and **242**$x$ are coupled in similar manner as transistors **232**$a$, **232**$b$, and **240**$x$ for the match line, except that the gates of transistors **234**$a$ and **234**$b$ couple to the data line (d) and the complementary data line ($\overline{d}$), respectively. Thus, if transistor **242**$x$ is turned ON, then transistor **240**$x$ will be turned OFF. Otherwise, transistor **242**$x$ is turned OFF and transistor **240**$x$ will be turned ON. When transistor **240**$x$ is turned ON, the CAM row is disabled and the match line is asserted to mismatch status.

In an embodiment, transistors **242**$x$ has a physical dimension that is different from that of the other output transistors for the CAM cells within the same row. If the ratio of the width over the length of transistor **240**$x$ is normalized to be equal to 1

$$\left(\text{i.e., } \frac{W_0}{\alpha L_0} = 1\right),$$

then the ratio of the width over the length of transistor **242**$x$ may be expressed as being equal to x, where

$$x = \frac{W}{\alpha L}.$$

In an embodiment, x=0.5, which may be obtained by doubling the length of transistor **242**$x$ relative to that of transistor **240**$x$

$$\left(\text{i.e., } x = \frac{W_0}{2\alpha L_0}\right)$$

or by reducing the width of transistor **242**$x$ relative to that of transistor **240**$x$.

$$\left(\text{i.e., } x = \frac{W_0/2}{\alpha L_0}\right).$$

The function performed by dummy CAM cell **124** is described in further detail below.

FIG. 3A is a schematic diagram of the driving circuits associated with a single match line **130**$x$. As shown in FIG. 1A, each match line **130** traverses the entire row of CAM array **110**$a$ and couples to output transistor **240** of each CAM cell **120** in the row. In FIG. 3A, transistors **240**$a$ through **240**$n$ thus represent the N output transistors for N CAM cells **120**$xa$ through **120**$xn$ in the row to which match line **130**$x$ is associated with. Each match line is further associated with a P-channel pre-charge transistor **310** and an output buffer **320**.

The comparison of an entry for a row of CAM cells against the input address is performed as follows. Initially,

the gate voltage of output transistors **240**_a_ through **240**_n_ are pre-set to logic low to turn OFF these transistors, and pre-charge transistor **310** is turned ON (by bringing the Pch control signal to logic low) to pre-charge match line **130**_x_ to a high level (e.g., $V_{DD}$). Pre-charge transistor **310** is then turned OFF, and the input address is written to address lines **132**_a_ through **132**_n_ (see FIG. 1A). The comparison circuit in each CAM cell in the row then operates to compare the stored bit in the CAM cell against the input address bit for that CAM cell. Depending on the stored value in each CAM cell and its input address bit, the output transistor for the CAM cell may be turned OFF for a match or turned ON for a mismatch, as described above.

If all N bits for the row are matched, then all N output transistors **240**_a_ through **240**_n_ are turned OFF, and match line **130**_x_ remains at the pre-charged level (e.g., of $V_{DD}$). Otherwise, if one or more bits are not matched, then each mismatched bit causes the corresponding output transistor to turn ON. If any of the N output transistors is turned ON, then those transistors would then discharge the match line (i.e., pull the match line to logic low or $V_{SS}$). Thus, the match line remains at logic high if the input address matches the stored content of the CAM cells in the row, and transitions to logic low if the input address does not match the stored content. Output buffer **320** buffers the match line and drives the subsequent circuitry.

As noted above, the match line configuration shown in FIG. **3**A has several disadvantages related to speed and power. First, speed may be limited by the wired-OR design of the match line. Each row may include a large number of cells. If only one bit in the entire row mismatches, then only one output transistor will be turned ON and this transistor would need to pull the entire match line toward $V_{SS}$. In this case, a long time may be required to discharge the match line, which would then limit the speed at which the CAM array may be operated. Second, excessive power may be consumed by discharging all match lines that mismatch (which is typically all but one match line) toward $V_{SS}$. These disadvantages are ameliorated by the match line configurations described below.

FIG. 3B is a block diagram of a differential sense circuit **410** that may be used to detect a signal (or voltage) on a match line. One sense circuit **410** may be coupled to each of the M match lines for the CAM array in FIG. 1A. Sense circuits **150** may thus include M sense circuits **410**. Sense circuit **410** may be implemented with a current mirror type, a cross-coupled latch type, or some other design. A reference generator **411** provides a reference voltage for one input of sense circuit **410**, and the match line couples to the other input of the sense circuit. Reference generator **411** may be implemented with dummy transistors (as described below), a voltage divider that can provide a constant voltage, or some other design.

FIG. 3C is a schematic diagram of an embodiment of a sense circuit **410**_a_ that may be used to detect a signal (or voltage) on a match line. In the embodiment shown in FIG. 3C, sense circuit **410**_a_ includes a pair of inverting amplifiers **412**_a_ and **412**_b_ cross-coupled so that the output of one amplifier drives the input of the other amplifier. Amplifiers **412**_a_ and **412**_b_ are thus coupled in a positive feedback circuit configuration. Transistor **418**_a_ couples to one input of amplifier **412**_a_ and to the match line at node M, and transistor **418**_b_ couples to one input of amplifier **412**_b_ and to an output from reference generator **411** at node D. Nodes M and D effectively provide a differential drive for the pair of cross-coupled amplifiers **412**_a_ and **412**_b_. Inverting buffers **424**_a_ and **424**_b_ provide buffering for the detected data bit from inverters **412**_a_ and **412**_b_, respectively, and further derive the Out A and Out B outputs. The operation of sense circuit **410**_a_ is described below.

FIG. 4A is a schematic diagram of a match line detection mechanism **400**, which may be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100**_b_ in FIG. 1B, in accordance with an embodiment of the invention. Similar to FIG. 3A, match line **130**_x_ couples to N output transistors **240**_a_ through **240**_n_ for N CAM cells **122**_xa_ through **122**_xn_ and to output transistor **240**_x_ for dummy CAM cell **124**_x_ in a specific row of the CAM array. Match line **130**_x_ further couples to a P-channel transistor **310**_a_, which is used to pre-charge the match line (e.g., to $V_{DD}$) at the start of each detection cycle. Match line **130**_x_ further couples to a first input (node M) of a sense circuit **410**_x_, which is used to sense the signal or voltage on the match line. Sense circuit **410**_x_ is a specific embodiment of sense circuit **410** in FIG. 3B.

Dummy line **131**_x_ couples to N dummy transistors **242**_a_ through **242**_n_ for N CAM cells **122**_xa_ through **122**_xn_ and to dummy transistor **242**_x_ for dummy CAM cell **124**_x_ in the same row of the CAM array as the associated match line **130**_x_. Dummy transistors **242**_x_ and **242**_a_ through **242**_n_ are used to generate a reference signal for sense circuit **410**_x_, and may thus be viewed as one implementation of reference generator **411** in FIG. 3B. Dummy transistors **242**_a_ through **242**_n_ mimic the loading observed on match line **130**_x_. Dummy line **131**_x_ also couples to a P-channel transistor **310**_b_, which is used to pre-charge the dummy line at the start of each detection cycle. Dummy line **131**_x_ further couples to a second input (node D) of sense circuit **410**_x_.

As shown in FIG. 4A, dummy transistors **242**_a_ through **242**_n_ for CAM cells **122**_xa_ through **122**_xn_ are each dimensioned with a normalized size of 1 (i.e., W/L→1, where W is the width and L is the channel length of the transistor). Output transistors **240**_a_ through **240**_n_ for the CAM cells and output transistor **240**_x_ for dummy CAM cell **124**_x_ are each also dimensioned with the normalized size of 1. However, dummy transistor **242**_x_ for dummy CAM cell **124**_x_ is dimensioned with a normalized size of less than 1 (i.e., $x<1$) and thus has reduced drive capability in comparison to each output transistor **240**. In one specific embodiment, $x\approx0.5$. As also shown in FIG. 4A, all dummy transistors **242**_a_ through **242**_n_ in the CAM cells are turned OFF by grounding the gates of these N-channel dummy transistors. However, dummy transistor **242**_x_ for dummy CAM cell **124**_x_ may be turned ON and has a size that is only a fraction (e.g., half) of the size of the other output and dummy transistors.

In the match situation, all of the transistors coupled to the match line (i.e., transistors **240**_a_ through **204**_n_ and **240**_x_) will be turned OFF, and the match line will not be discharged. However, the dummy line will be discharged through dummy transistor **242**_x_ (which has a size that is a fraction x) and the dummy line voltage will be lower than the match line voltage. Conversely, in the mismatch situation, even if only one bit is mismatched, the match line will be discharged through the one or more transistors **240** for the mismatched CAM cells (which have a size of 1) at a speed faster than dummy line. In this case, the match line voltage will be lower than that of the dummy line voltage.

In the specific embodiment of sense circuit **410**_x_ shown in FIG. 4A, N-channel transistors **418**_a_ and **418**_b_ have gates that couple together and to an En1 control signal and sources that couple to ground (e.g., $V_{SS}$). In an embodiment, amplifiers **412**_a_ and **412**_b_ are designed as inverters with gains, and are thus referred to as simply inverters. Inverters **412**_a_ and **412**_b_ couple to transistors **418**_a_ and **418**_b_, respectively, and

further to inverters 424*a* and 424*b*, respectively. Each inverter 412 comprises a P-channel transistor 414 coupled to an N-channel transistor 416. The gates of transistors 414*a* and 416*a* couple together and form one input of inverter 412*a* (node F). The source of transistor 414*a* couples to the drain of transistor 416*a* and form the output of inverter 412*a*, which couples to the gates of transistors 414*b* and 416*b* and to the input of inverting buffer 424*b*. Similarly, the gates of transistors 414*b* and 416*b* couple together and form one input of inverter 412*b* (node G). The source of transistor 414*b* couples to the drain of transistor 416*b* and form the output of inverter 412*b*, which couples to the gates of transistors 414*a* and 416*a* and to the input of inverting buffer 424*a*. The sources of N-channel transistors 416*a* and 416*b* couple to the drains of transistors 418*a* and 418*b*, respectively. The drains of transistors 414*a* and 414*b* couple together.

A P-channel transistor 422 has a gate that couples to an En2 control signal, a source that couples to the drains of transistors 414*a* and 414*b*, and a drain that couples to the upper voltage supply (e.g., $V_{DD}$). The inputs of inverting buffers 424*a* and 424*b* couple to the outputs of inverters 412*b* and 412*a*, respectively, and the outputs of buffers 424*a* and 424*b* drives the Out A and Out B outputs, respectively.

The voltage on node M represents the signal on the match line 130*x* to be detected. The voltage on node D represents the reference signal to which the voltage on node M is compared against. Inverters 412*a* and 412*b* amplify the voltage difference between nodes M and D.

The reference signal at node D is generated by dummy transistors 242*x* and 242*a* through 242*n*. The reference signal may be determined, in part, by selecting the proper sizes for dummy transistors 242*x* and pre-charge transistor 310*b*, which is usually equal to transistor 310*a*.

FIG. 5A is a timing diagram for match line detection mechanism 400 in FIG. 4A. This timing diagram shows various control signals for sense circuit 410*x* to detect the signal (or voltage) on match line 130*x*, the voltages at nodes M and D, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. 5A for reference. The operation of the sense circuit is now described in reference to both FIGS. 4A and 5A.

Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, which may correspond to the rising (or leading) edge of the clock signal, the Pch control signal is brought to logic low, which then turns ON transistors 310*a* and 310*b*. At approximately the same time $T_1$, the address to be compared are written in through the address line (mbl) and its complementary address line ($\overline{\text{mbl}}$), the comparison circuits for the CAM cells coupled to the match line are enabled. Each of the N output transistors 240 for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result. In a typical design, the comparison circuits could be enabled either before or after time $T_1$ when the pre-charge is finished.

Upon being turned ON at time $T_1$, transistor 310*a* starts pre-charging match line 130*x* toward $V_{DD}$, and transistor 310*b* similarly starts pre-charging dummy line 131*x* toward $V_{DD}$. If there is a match between the input address and the contents of the CAM cells in the row corresponding to the match line, then all N output transistors 240*a* through 240*n* will be turned OFF, and transistor 310*a* is able to pre-charge the match line to a higher voltage and faster, as shown by plot 512 in FIG. 5A. In comparison, since transistor 242*x* coupled to dummy line 131*x* is turned ON, transistor 310*b* is able to pre-charge the dummy line at a slower rate, as shown by plot 514 in FIG. 5A. Thus, if there is a match, then the voltage on match line 130*x* is higher than the voltage on dummy line 131*x*.

Conversely, if there is a mismatch between the input address and the CAM cell contents, then at least one output transistor 240 coupled to match line 130*x* will be turned ON, and the voltage on the match line will be pre-charge more slowly, as shown by plot 522 in FIG. 5A. Although transistor 242*x* coupled to dummy line 131*x* is also turned ON, it is only a fraction of the size of the output transistors 240 coupled to the match line and discharges at a fraction of the rate of transistor 240. As a result, transistor 310*b* is able to pre-charge the dummy line at a faster rate than for the match line, as shown by plot 524 in FIG. 5A. Thus, if there is a mismatch, then the voltage on dummy line 131*x* is higher than the voltage on match line 130*x*.

At time $T_2$, the Pch control signal is brought to logic high, which then turns OFF transistors 310*a* and 310*b*. The pre-charge is stopped at this point. If there is a match, then all N output transistors 240*a* through 240*n* are turned OFF, and the voltage on the match line is maintained at the same level, as shown by plot 512 in FIG. 5A. In contrast, the voltage on the dummy line is continuously discharged (i.e., pulled toward $V_{SS}$) by the one dummy transistor 242*x* that is turned ON, and the voltage at node D is pulled lower as shown by plot 514 in FIG. 5A.

Conversely, if there is a mismatch, then at least one output transistor 240 coupled to the match line will be turned ON, and the voltage on the match line is discharged by the output transistor(s) that are turned ON, as shown by plot 522 in FIG. 5A. Since the output transistor coupled to the match line is larger than the ON dummy transistor 242*x* coupled to the dummy line, the match line is pulled toward $V_{SS}$ at a faster rate. Moreover, since the voltage on the match line is lower than that on the dummy line for a mismatch, the voltage on the match line will continue to be even much lower than that on the dummy line as both the match and dummy lines are pulled toward $V_{SS}$ starting at time $T_2$.

At time $T_3$, the En1 control signal is brought to logic high and the En2 control signal is brought to logic low. The logic high on the En1 control signal turns ON transistors 418*a* and 418*b*, and the logic low on the En2 control signal turns ON transistor 422. These control signals enable sense circuit 410*x* by turning ON transistors 418*a*, 418*b*, and 422.

With sense circuit 410*x* enabled, the voltages at nodes M and D are detected and the voltage difference is amplified by the pair of inverters 412*a* and 412*b* cross-coupled to provide positive feedback. Inverters 412*a* and 412*b* then drive their outputs to opposite rails, with the polarity being dependent on the sign of the detected voltage difference.

In particular, if there was a match, then the voltage on node M is higher than the voltage on node D, as shown by plots 512 and 514 in FIG. 5A. This then turns ON transistor 416*b* more (i.e., sinks more current), which then pulls node F lower. The lower voltage on node F turns ON transistor 414*a* more and turns OFF transistor 416*a* more, which then pulls node G higher. The higher voltage on node G turns OFF transistor 414*b* more and turns ON transistor 416*b* more. In this way, the voltage at node F is pulled low toward $V_{SS}$, and the voltage at node G is pulled high toward $V_{DD}$ (i.e., the voltages at these two nodes are pulled apart and toward their respective rail voltages).

Conversely, if there was a mismatch, then the voltage on node D is higher than the voltage on node M, as shown by plots 522 and 524 in FIG. 5A. This then turns ON transistor

**416***a* more, which then pulls node G lower. Transistor **414***b* is then turned ON more, which then pulls node F higher. The voltage at node F is thus pulled toward $V_{DD}$, and the voltage at node G is pulled toward $V_{SS}$. In a typical implementation, before the sensing the voltages of nodes D and M starts, nodes F and G are equalized as shown in FIG. 5A.

Thus, shortly after sense circuit **410***x* is enabled by the En1 and En2 control signals, inverters **412***a* and **412***b* sense the voltage on node M relative to the voltage on node D, and the sensed difference is provided via buffers **424***a* and **424***b* to the Out A and Out B outputs. At time $T_4$, Out A is at logic high if there was a match and at logic low if there was a mismatch, and Out B is at logic low if there was a match and at logic high if there was a mismatch, as shown by the plots for these outputs in FIG. 5A.

After time $T_3$, transistors **418***a* and **418***b* are turned ON and respectively pull the voltages at nodes M and D slowly toward $V_{SS}$ because of the big capacitance from a large number of transistors coupled to these nodes.

If there was a match, then transistors **414***a* and **416***b* are both turned ON, and transistors **414***b* and **416***a* are both turned OFF. Transistor **414***a* pulls node G high toward $V_{DD}$. Since transistor **416***a* is turned OFF, no current conducts through inverter **412***a* after node G has been pulled high. Conversely, transistor **416***b* pulls node F low toward $V_{SS}$. Since transistor **414***b* is turned OFF, no current conducts through inverter **412***b* after node F has been pulled low. Thus, once node F has been pulled low and node G has been pulled high, transistors **418***a* and **418***b* are able to discharge nodes M and D, respectively, and pull these nodes to $V_{SS}$, as shown in FIG. 5A. Nodes M and D are now ready for the next sense operation in the next clock cycle. The complementary actions occur if there was a mismatch, but the voltages at nodes M and D are also pulled to $V_{SS}$.

Match line detection mechanism **400** has several advantages over the conventional detection mechanism. Detection mechanism **400** may be operated at higher speed and lower power than conventional designs. First, as shown in FIG. 5A, the voltage on the match line is compared against the voltage on the dummy line. The voltages on both the match line and dummy line may be charged to only a fraction of $V_{DD}$ (instead of $V_{DD}$) for reliable detection of the signal on the match line. This may be achieved by (1) properly designing sense circuit **410***x*, (2) selecting the proper sizes for transistors **240**, **242**, and **242***x*, pre-charge transistors **310***a* and **310***b*, and (3) providing the proper control signals that determine the times $T_2$, $T_3$, and $T_4$. Second, sense circuit **410***x* is able to detect and amplify a small voltage difference between nodes M and D. And third, power consumption is reduced by limiting the signal swing to a fraction of $V_{DD}$ instead of the full $V_{DD}$, as shown in FIG. 5A. Power consumption is proportional to the square of the voltage swing, and a smaller signal swing results in lower power consumption.

FIG. 4B is a schematic diagram of a match line detection mechanism **401**, which may also be used in conjunction with the inventive CAM cells **122** and dummy CAM cells **124** in CAM unit **100***b* in FIG. 1B, in accordance with an embodiment of the invention. Similar to FIG. 4A, match line **130***x* couples to N output transistors **240***a* through **240***n* for N CAM cells **122***xa* through **122***xn*, output transistor **240***x* for dummy CAM cell **124***x*, and pre-charge transistor **310***a*. Match line **130***x* further couples to a first P-channel pass transistor **426***b*, which couples the match line to sense circuit **410***y*. Sense circuit **410***y* is a specific embodiment of sense circuit **410** in FIG. 3B.

Dummy line **131***x* couples to N dummy transistors **242***a* through **242***n* for N CAM cells **122***xa* through **122***xn*, dummy transistor **242***x* for dummy CAM cell **124***x*, and pre-charge transistor **310***b*. Dummy line **131***x* further couples to a second P-channel pass transistor **426***a*, which couples the dummy line to sense circuit **410***y*.



In the specific embodiment of sense circuit **410***y* shown in FIG. 4B, an N-channel transistor **418***c* has a gate that couples to a Saen control signal, a source that couples to ground, and a drain that couples to the sources of transistors **416***a* and **416***b*. Transistors **416***a* and **416***b* and **418***a* and **418***b* are coupled as shown in FIG. 4A. However, the drains of transistors **418***a* and **418***b* couple directly to the upper voltage supply (e.g., $V_{DD}$).

Pass transistors **426***a* and **426***b* are used to respectively isolate the capacitance on the dummy and match lines from nodes D and M within sense circuit **410***y*. The capacitance on each of these lines is relatively high because a number of output or dummy transistors are coupled to the line. The isolation provided by pass transistors **426***a* and **426***b* allows sense circuit **410***y* to operate at a higher speed for sensing operation, since the internal nodes may be charged and discharged at a faster rate with reduced capacitance loading on the internal nodes.

FIG. **5**B is a timing diagram for match line detection mechanism **401** in FIG. **4**B. This timing diagram shows various control signals for sense circuit **410***y* to detect the signal on match line **130***x*, the voltages at nodes M and D and nodes F and G, and the sense circuit outputs. The control signals are generated based on a clock signal, which is shown at the top of FIG. **5**B for reference.

Initially, prior to time $T_1$, the Pch control signal is at logic low, and the voltages at nodes M and D are pre-charged to $V_{DD}$. Nodes G and F are also pre-charged to $V_{DD}$ via pass transistors **426***a* and **426***b*, which are turned ON at this time. Near time T1, the Pch control signal is brought to logic high, which then turns OFF transistors **310***a* and **310***b*. At approximately the same time T1, the address to be compared is written to the address line, and the comparison circuits for the CAM cells are enabled. Each of the N output transistors **240** for these comparison circuits may thereafter be turned ON or OFF depending on its comparison result.

If there is a match between the input address and the contents of the CAM cells, then all N output transistors **240***a* through **240***n* will be turned OFF, and the match line remains at its pre-charged level, as shown by plot **532** in FIG. **5**B. In comparison, since transistor **242***x* coupled to dummy line **131***x* is turned ON, this transistor pulls the dummy line to a lower voltage, as shown by plot **534** in FIG. **5**B. Thus, if there is a match, then the voltage on match line **130***x* is higher than the voltage on dummy line **131***x*. The Iso control signal is at logic low during this time, pass transistors **426***a* and **426***b* are turned ON, and the dummy and match lines are respectively coupled to nodes G and F of sense circuit **410***y*.

At time $T_2$, the Saen control signal is brought to logic high, which then turns ON transistor **418***c* and enables sense circuit **410***y*. The Iso control signal is also brought to logic high, which then turns OFF pass transistors **426***a* and **426***b*. The differential voltage between nodes G and F are then amplified by sense circuit **410***y* and Outputs A and B are provided as shown in FIG. **5**B.

At time $T_3$, the Pch control signal is brought to logic low, the pre-charge transistors **310***a* and **310***b* are turned ON, and the dummy and match lines are pulled toward $V_{DD}$. At time $T_4$, the Saen and Iso control signals are brought to logic low, the dummy and match lines are coupled to nodes G and F, and these nodes are pulled toward $V_{DD}$ by pre-charge transistors **310***a* and **310***b* to get ready for the next sensing cycle.

The signal swing for the mismatch situation is also shown in FIG. 5B.

FIG. 6 is a schematic diagram of a match line detection mechanism **600**, which may be used in conjunction with CAM cells **122** and **124** in CAM unit **100***b* in FIG. 1B, in accordance with another embodiment of the invention. Similar to FIG. 4A, match line **130***x* couples to N output transistors **240***a* through **240***n* for the N CAM cells in a specific row of the CAM array and further couples to P-channel transistor **310***a*. However, the sources of output transistors **240***a* through **240***n* are coupled to node M of sense circuit **410***x* via a first common line **610***a*, which may be implemented with a metal track in the circuit layout. A row of N dummy transistors **242***a* through **242***n* and **242***x* couples to dummy line **131***x*, which further couples to P-channel transistor **310***b*. The sources of dummy transistors **242***a* through **242***n* and **242***x* are coupled to node D of sense circuit **410***x* via a second common line **610***b*.

FIG. 7 is a timing diagram for match line detection mechanism **600** in FIG. 6. Similar to FIG. 5, FIG. 7 shows the control signals, the voltages at nodes M and D, and the sense amplifier outputs for the match line detection. The operation of detection mechanism **600** is now described in reference to both FIGS. 6 and 7.

The operation of sense circuit **410***x* in FIG. 6 is similar to that described above for detection mechanism **400** in FIG. 4A. Initially, prior to time $T_1$, the Pch and En2 control signals are at logic high, the En1 control signal is at logic low, and the voltages at nodes M and D are pre-set to $V_{SS}$. At time $T_1$, the Pch control signal is brought to logic low, which then turns ON transistors **310***a* and **310***b*. Near time $T_1$, each of the N output transistors **240** for the CAM cells coupled to the match line is turned ON or OFF based on its comparison result.

If there is a match, then all N output transistors **240** are turned OFF, and the voltage on common line **610***a* is maintained at $V_{SS}$, as shown by plot **712** in FIG. 7, even though match line **130***x* is pulled toward $V_{DD}$. In contrast, the voltage on common line **610***b* is pulled toward $V_{DD}$ by the one dummy transistor **242***x* that is turned ON, as shown by plot **714** in FIG. 7. Thus, the voltage on common line **610***b* for the dummy transistors is higher than the voltage on common line **610***a* for the output transistors for a match.

Conversely, if there is a mismatch, then at least one output transistor **240** is turned ON, and common line **610***a* is pulled toward $V_{DD}$ by the ON transistor(s), as shown by plot **722** in FIG. 7. Since the output transistors **240** coupled to the match line are larger than the ON dummy transistor **242***x* coupled to the dummy line, the match line is pulled toward $V_{DD}$ at a faster rate. Thus, the voltage on common line **610***a* for the output transistors is higher than the voltage on common line **610***b* for the dummy transistors for a mismatch.

At time $T_2$, the Pch control signal is brought to logic high, transistors **310***a* and **310***b* are both turned OFF, and the voltages on the match line, dummy line, and common lines **610***a* and **610***b* are maintained for both the match and mismatch cases. If there was a match, then the voltage on node D is higher than the voltage on node M when transistors **310***a* and **310***b* are turned OFF, as shown by plots **712** and **714** in FIG. 7. Conversely, if there was a mismatch, then the voltage on node M is higher than the voltage on node D when transistors **310***a* and **310***b* are turned OFF, as shown by plots **722** and **724** in FIG. 7.

At time $T_3$, the En1 control signal is brought to logic high, the En2 control signal is brought to logic low, and transistors **418***a*, **418***b*, and **422** are turned ON. Inverters **412***a* and **412***b* within sense circuit **410***x* are then enabled. Inverters **412***a* and **412***b* then detect the voltage difference between nodes M and D and further amplify the detected voltage difference. If there was a match, then the voltage on node D will be higher than the voltage on node M (as shown by plots **712** and **714** in FIG. 7), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic high and logic low, respectively, and the Out A and Out B outputs will be driven to logic low and logic high, respectively. Conversely, if there was a mismatch, then the voltage on node M will be higher than the voltage on node D (as shown by plots **722** and **724** in FIG. 7), the outputs of inverters **412***b* (node F) and **412***a* (node G) will be driven to logic low and logic high, respectively, and the Out A and Out B outputs will be driven to logic high and logic low, respectively.



Starting at time $T_3$, transistors **418***a* and **418***b* respectively pull common lines **610***a* and **610***b* toward $V_{SS}$. Transistors **418***a* and **418***b* should be turned ON long enough to pull the voltage on these common lines to near $V_{SS}$, to prepare for the next sensing cycle.

Match line detection mechanism **600** is a different approach in comparison to match line detection mechanism **400** in FIG. 4A. Detection mechanisms **400** and **600** may be operated at a higher clock speed since it is not necessary to completely pre-charge the match line to $V_{DD}$ and also not necessary pull the match line to $V_{DD}$ or $V_{SS}$ after the pre-charge period (after the Pch signal has transitioned to logic high). This is because the differential sensing mechanism **410***x* can detect a small voltage difference between nodes D and M. Match line detection mechanisms **400** and **600** also achieve low power operation since the match line and dummy line operate with a small voltage swing rather than a full swing from $V_{SS}$ to $V_{DD}$.

The sense circuits described herein may be used to detect the signal on a match line coupled to a row of "ternary" CAM cells. A ternary CAM cell is one that includes two memory cells or storage elements, with one cell being used to store a data bit and the other cell being used to store a control bit to indicate whether or not a comparison is to be performed for that CAM cell. The additional (or secondary) cell may thus be used to selectively enable or disable the ternary CAM cell from being used in the comparison. If the ternary CAM cell is disabled, then its output does not affect the logic level on the match line to which it is coupled.

FIG. 8A is a schematic diagram of an embodiment of a conventional ternary CAM cell **120***y*, which may be used for each of the CAM cells **120** in FIG. 1A. CAM cell **120***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **230***y*. Memory cell **210***y* operates in similar manner as that described above for memory cell **210***x* in FIG. 2B and is used to store a single data bit. Secondary cell **250***y* is similar in design to memory cell **210***y* and is used to store a single control bit. Secondary cell **250***y* may be programmed in similar manner as for memory cell **210***y*, and may further utilize the same bit line (bl and $\overline{\text{bl}}$).

Comparison circuit **230***y* comprises a pair of N-channel transistors **232***a* and **232***b* and a pair of N-channel output transistors **240** and **241**. Transistors **232***a* and **232***b* are coupled to memory cell **210***y* in similar manner as shown in FIG. 2B for CAM cell **120***x*. Output transistors **240** and **241** are coupled in series and to cells **210***y* and **250***y*. In particular, output transistor **241** has its drain coupled to a match line **130***y* for the row to which CAM cell **120***y* belongs, its source coupled to the drain of transistor **240**, and its gate (labeled as node "K") coupled to the mask line from secondary cell **250***y*. Output transistor **240** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as

node "C") coupled to the drains of transistors **232***a* and **232***b*. Output transistors **240** and **241** effectively implement a NAND gate.

Comparison circuit **230***y* operates as follows. If the address bit is not the same as the stored data bit in memory cell **210***y*, then node C will be at logic high to indicate a mismatch. If the control bit on the mask line is at logic high, indicating that the ternary CAM cell is enabled, then node K will also be at logic high. If nodes C and K are both at logic high, then output transistors **240** and **241** are both turned ON, and match line **130***y* is pulled to logic low (e.g., toward $V_{SS}$). Otherwise, if node C is at logic low because of a match or node K is at logic low because the ternary CAM cell is disabled, then one or both of the output transistors will be turned OFF and these transistors will not actively operate on match line **130***y*. Thus, comparison circuit **230***y* of ternary CAM **120***y* cell only pulls the match line to logic low if the CAM cell is enabled for comparison and there was a mismatch between its data bit and the address bit.

FIG. **8**B is a schematic diagram of an embodiment of a ternary CAM cell **122***y*, which may be used for each of the CAM cells **122** in FIG. **1**B. CAM cell **120***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **231***y*. Memory cell **210***y* and secondary cell **250***y* operate in similar manner as that described above for ternary CAM cell **120***y* in FIG. **8**A, and are used to store a single data bit and a single control bit, respectively. Comparison circuit **231***y* comprises the pair of N-channel transistors **232***a* and **232***b* and the pair of N-channel output transistors **240** and **241**, which are coupled in similar manner as described above in FIG. **8**A. Comparison circuit **231***y* further comprises a pair of N-channel dummy transistors **242** and **243**, which are coupled in series and to dummy line **131***y*. In particular, dummy transistor **243** has its drain coupled to dummy line **131***y* for the row to which CAM cell **120***y* belongs, its source coupled to the drain of transistor **242**, and its gate (labeled as node "$\overline{Ki}$") coupled to the inverted mask output of secondary cell **250***y*. Dummy transistor **242** has its source coupled to circuit ground (e.g., $V_{SS}$) and its gate (labeled as node "Ki") coupled to the mask output of secondary cell **250***y*. Dummy transistors **242** and **243** provide the proper loading for dummy line **131***y*. Dummy transistors **242** and **243** have similar physical dimension as output transistors **240** and **241**. In an embodiment, dummy transistors **242** and **243** are located near output transistors **240** and **241** and are oriented in the same direction. The output of the pair of dummy transistors **242** and **243** is always OFF since the gate inputs are complementary.

FIG. **8**C is a schematic diagram of an embodiment of a dummy ternary CAM cell **124***y*, which may be used for each of the dummy CAM cells **124** in FIG. **1**B. Dummy CAM cell **124***y* includes a memory cell **210***y*, a secondary cell **250***y*, and a comparison circuit **233***y*. Memory cell **210***y* and secondary cell **250***y* operate in similar manner as that described above for ternary CAM cell **120***y* in FIG. **8**A, and are used to store a single data bit and a single control bit, respectively.

Comparison circuit **233***y* includes circuitry used to drive match line **130***y* and dummy line **131***y*. In particular, comparison circuit **233***y* comprises transistors **232***a*, **232***b*, and output transistors **240***x* and **241***x* coupled in the manner described above with reference to FIG. **8**A and used to drive match line **130***y*. Comparison circuit **233***y* further comprises a second pair of N-channel transistors **234***a* and **234***b* and a second pair of output transistors **242***x* and **243***x* used to drive dummy line **131***y*. Transistors **234***a* and **234***b* and output transistors **242***x* and **243***x* are coupled in similar manner as transistors **232***a* and **232***b* and output transistors **240***x* and **241***x* for the match line, except that the gates of transistors **234***a* and **234***b* couple to the data line (d) and the complementary data line ($\overline{d}$), respectively.

The output of the pair of transistors **240***x* and **241***x* and the output of the pair of transistors **242***x* and **243***x* are complementary. When the output of transistor pair **240***x* and **241***x* is OFF, the output of transistor pair **242***x* and **243***x* is ON and pulls down the dummy line with fraction of the speed as that of the match line if there is at least one bit mismatch. Conversely, when the output of transistor pair **242***x* and **243***x* is OFF, the dummy line will not be pulled down. But the output of transistor pair **240***x* and **241***x* will be ON and the match line will be pulled down. This would then indicate a mismatch and this row is disabled.

FIG. **9**A is a schematic diagram of a match line detection mechanism **900**, which may be used in conjunction with ternary CAM cells **122***y* and **124***y* in CAM unit **100***b* in FIG. **1**B, in accordance with yet another embodiment of the invention. Similar to FIG. **4**A, a match line **130***y* couples to N pairs of output transistors **240***a* and **241***a* through **240***n* and **241***n* for the N ternary CAM cells **124***ya* through **124***yn* and also to transistors **240***x* and **241***x* for dummy CAM cell **124***y* in a specific row of the CAM array. The gates of output transistors **240***a* through **240***n* couple to the comparison circuit outputs (labeled as C1 through CN) for the N ternary CAM cells, and the gates of output transistors **241***a* through **241***n* couple to the mask outputs (labeled as K1 through KN) of the secondary cells for the N ternary CAM cells. The gates of output transistors **240***x* and **241***x* respectively couple to the comparison circuit outputs (labeled as Cd) and the secondary cell inverted mask output (labeled as $\overline{Kd}$) for dummy ternary CAM cell **124***y*. Match line **130***y* further couples to P-channel transistor **310***a* and a first input of a sense circuit **410***y*, which is used to sense the signal on the match line.

Dummy line **131***y* couples to N pairs of dummy transistors **242***a* and **243***a* through **242***n* and **243***n* for the N ternary CAM cells **124***ya* through **124***yn* and also to transistors **242***x* and **243***x* for dummy CAM cell **124***y* within the same row as the associated match line **130***y*. The gates of dummy transistors **242***a* through **242***n* couple to the inverted mask outputs of the secondary cells, and the gates of dummy transistors **243***a* through **243***n* couple to the mask outputs of the secondary cells. With this connection, the N pairs of dummy transistors **242***a* and **243***a* through **242***n* and **243***n* are always turned OFF. The gates of dummy transistors **242***x* and **243***x* are respectively coupled to the comparison circuit complementary output (labeled as $\overline{Cd}$) and the mask output (labeled as Kd) for dummy ternary CAM cell **124***y*. This dummy transistor pair is turned ON. Again, transistors **242***x* and **243***x* are dimensioned to be a fraction (e.g., half) of the size of the other output transistors. Dummy line **131***y* further couples to P-channel transistor **310***b* and the second input (node D) of a sense circuit **410***y*.

In the specific embodiment shown in FIG. **9**A, sense circuit **410***x* includes inverters **412***a* and **412***b*, N-channel transistors **418***a* and **418***b*, P-channel transistor **422**, and inverting buffers **424***a* and **424***b*, which are coupled together as described above for sense circuit **410***x* in FIG. **4**A.

Sense circuit **410***x* may be used to detect the signal on match line **130***y* in similar manner as that described above for detection mechanism **400** in FIG. **4**A and shown by the timing diagram in FIG. **5**.

FIG. **9**B is a schematic diagram of a match line detection mechanism **901**, which may also be used in conjunction with

ternary CAM cells **122**y and **124**y in CAM unit **100**b. Match line detection mechanism **901** is similar to match line detection mechanism **900** in FIG. **9**A. However, match line **130**y further couples to P-channel pass transistor **426**b and dummy line **131**y further couples to P-channel pass transistor **426**a. Pass transistors **426**a and **426**b respectively couple the dummy and match lines to sense circuit **410**y, similar to the embodiment shown in FIG. **4**B. The operation of match line detection mechanism **901** is as described above for FIGS. **4**B and **9**A.

FIG. **10** is a schematic diagram of a match line detection mechanism **1000**, which may be used in conjunction with ternary CAM cells **122**y and **124**y in CAM unit **100**b in FIG. **1**B, in accordance with yet another embodiment of the invention. Similar to FIGS. **6** and **9**, match line **130**y couples to N pairs of output transistors **240**a and **241**a through **240**n and **241**n for the N ternary CAM cells **122** and also to output transistors **240**x and **241**x for the dummy ternary CAM cell **124** in a specific row of the CAM array. However, the sources of output transistors **241**a through **241**n are coupled to node M of sense circuit **410**y via first common line **610**x. Similarly, the sources of dummy transistors **242**a through **242**n are coupled to node D of sense circuit **410**y via second common line **610**y.

FIG. **10** also shows an embodiment of a sense circuit **410**y. Sense circuit **410**y includes inverters **412**a and **412**b, N-channel transistors **418**a and **418**b, P-channel transistor **422**, and inverting buffers **424**a and **424**b, which are coupled together as described above for sense circuit **410**x in FIG. **4**A. Sense circuit **410**y further includes an N-channel transistor **420**, a P-channel transistor **430**, and an inverter **432**. P-channel transistor **430** is coupled in parallel with N-channel transistor **420**. The sources of transistors **420** and **430** couple to node F, the drains of transistors **420** and **430** couple to node G, the gate of transistor **420** couples to the input of inverter **432**, and the gate of transistor **430** couples to the output of inverter **432**. The input of inverter **432** couples to an En**3** control signal. Transistors **420** and **430** form a switch that shorts out nodes F and G when enabled by the En**3** control signal. The transistors **420** and **430** are used to equalize nodes G and F in each cycle before a match comparison. In a typical implementation of all the above embodiments, these two transistors will be provided to equalize nodes F and G before each match comparison.

Sense circuit **410**y may be used to detect the signal on common line **610**x in similar manner as that described above for detection mechanism **600** in FIG. **6** and shown by the timing diagram in FIG. **7**. Sense circuit **410**y may also be used for match line detection mechanisms **400**, **600**, and **900**.

For clarity, specific designs of the sense circuit have been described herein. Various modifications to these circuit designs may also be made, and this is within the scope of the invention. For example, for sense circuit **410**x, inverters **412**a and **412**b may be coupled to match line **130**x or common line **610**x via some other configuration, and so on.

The specific timing diagrams shown in FIGS. **5** and **7** are also provided to illustrate the operation of the sense circuit and the match line detection. Variations to the timing shown in FIGS. **5** and **7** may also be made, and this is within the scope of the invention. For example, the En**1** control signal may be brought to logic high at time $T_2$ when the Pch control signal is brought to logic high.

The sense circuits and match line detection mechanisms described herein may be used to provide a CAM array having faster speed of operation and lower power consumption. These circuits may also be used for other types of



memory (e.g., dynamic random access memory or DRAM), and other integrated circuits (e.g., microprocessors, controllers, and so on).

The circuits described herein may also be implemented in various semiconductor technologies, such as CMOS, bipolar, bi-CMOS, GaAs, and so on.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What is claimed is:

**1**. A ternary content addressable memory (TCAM) comprising:

- an array of TCAM cells arranged in a plurality of rows and a plurality of columns;
- a plurality of match lines, one match line for each row of TCAM cells and operatively coupled to a plurality of output transistors for the TCAM cells in each row;
- a plurality of dummy lines, one dummy line for each row of TCAM cells and operatively coupled to a plurality of dummy transistors for the TCAM cells in each row;
- a plurality of match data bit lines and their complements, one pair of match data bit line and its complement for each column of TCAM cells to provide a match data and its complement to compare with the content stored in each TCAM cell of that column;
- a column of dummy TCAM (DTCAM) cells, each connected to the match line and the dummy line in each row;
- a pair of dummy match data bit line and its complement for the column of DTCAM cells to provide a dummy match data and its complement to compare with the content stored in each DTCAM cell;
- a sense amplifier connected to the match line and the dummy line in each row; and current sources connected to each of the match line and the dummy line in each row.

**2**. The TCAM of claim **1**, herein each TCAM cell comprises:

- a memory cell operable to store a data bit value;
- a secondary cell operable t store a control bit value; and
- a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value stored in the secondary cell, the comparison circuit including:
  - a pair of output transistors coupled to the corresponding match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value; and
  - a pair of dummy transistors coupled to the corresponding dummy line to provide a drive for the dummy line based on the detected control bit value, wherein the match line and the dummy line are used to detect an output value provided by the TCAM cell.

**3**. The TCAM of claim **1**, wherein each DTCAM cell comprises:

- a memory cell operable to store a data bit value;
- a secondary cell operable to store a control bit value; and

a comparison circuit coupled to the memory cell and the secondary cell and configured to detect the data bit value stored in the memory cell and the control bit value stored in the secondary cell, the comparison circuit including:

a pair of output transistors coupled to the corresponding match line and configured to provide a drive for the match line based on the detected data bit value and the detected control bit value; and

a pair of dummy transistors coupled to the corresponding dummy line and configured to provide a drive for the dummy line based on the detected inverted data bit value and the detected control bit value.

**4**. The TCAM of claim **3**, wherein the dummy transistors have smaller dimension and less driving ability than the output transistors, are located in close proximity to the output transistors, and are turned ON during sensing operation to enable the comparison of the corresponding row.

**5**. The TCAM of claim **3**, wherein the dummy transistors are turned OFF and the output transistors are turned ON during sensing operation to disable the comparison of the corresponding row.

**6**. The TCAM of claim **1**, wherein the sense amplifier connected to the match line and the dummy line in each row comprises:

two inverters connected to each other in a way of positive feedback; and

a P type transistor serially connected to both inverters and Vdd.

**7**. The TCAM of claim **1**, wherein the current sources connected to each of the match line and the dummy line in each row are P type transistors to provide currents from Vdd to the match line and the dummy line.

**8**. The TCAM of claim **1**, wherein the match line and the dummy line in each row are connected to ground through respective N type transistors.

**9**. A method of detecting a match or a mismatch state of a comparison result in each row of a ternary content addressable memory (TCAM) having an array of TCAM cells arranged in rows and columns, a plurality of match lines and dummy lines, one match line and one dummy line coupled to the TCAM cells in each row, a plurality of match data bit lines and their complements, one pair of match data bit line and its complement coupled to the TCAM cells in each column, a column of dummy TCAM (DTCAM) cells, each coupled to the match line and the dummy line in each row, a pair of dummy match data bit line and its complement coupled to the DTCAM cells, a sense amplifier coupled to the match line and the dummy line in each row, current sources connected between Vdd and each of the match line and the dummy line in each row, and switches connected between ground and each of the match line and the dummy line, the method comprising:

disabling the current sources such that there is no current flowing from Vdd to the match line and the dummy line;

disabling the sense amplifier;

enabling the switches to establish conducting paths from the match line and the dummy line to ground to make the potential of the match line and the dummy line equal to the ground voltage potential and discharge the match line and the dummy line to ground;

disabling the switch to shut off conducting paths from the match line and the dummy line to ground after the voltage potentials is of both the match line and the dummy line are equal to the ground voltage potential;

sending a plurality of match data and their complements to the TCAM cells through the corresponding match bit lines and their complements to compare with the content stored in the corresponding TCAM cells;

sending a dummy match data and its complement to the DTCAM cell through the dummy match data bit line and its complement to compare with the content stored in the DTCAM cell;

enabling the current sources to establish conducting paths from Vdd to the match line and the dummy line and pull the potential of the match line and the dummy line to a level less than half Vdd;

disabling the current sources to shut off the conducting paths from Vdd to the match line and the dummy line; and

enabling the sense amplifier to sense the voltage difference between the match line and the dummy line and determine the match or the mismatch state, finishing one comparison cycle.

* * * * *